# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

**[FILED ELECTRONICALLY]**

**CRYSTAL DAWN SMITH,**

        **PLAINTIFF,**        Case Number: 5:22-CV-00174-BJB-LLK

**V.**

**AARON ACREE,**

**JAMES HUGHES,**

**AND**

**TRIGG COUNTY FISCAL COURT**

        **DEFENDANTS.**

---

## NOTICE OF APPEARANCE OF COUNSEL
---

Comes Annie L. Malka and hereby gives notice of her entry of appearance as additional counsel, along with Marilyn Linsey Shrewsbury, in the above-styled civil action on behalf of Plaintiff Crystal Smith, and requests all future pleadings and other communications be directed to the undersigned counsel in addition to Marilyn Linsey Shrewsbury per the contact information listed below and, further, states that she gives this notice for purpose of receiving notifications pursuant to this Court's CMF/ECF system.

Respectfully Submitted,

/s/ *Annie L. Malka*
Annie L. Malka
Malka Law Group
1387 S. Fourth Street
Louisville, Kentucky 40208
annie@malkalawgroup.com
(502)212-5888

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2024 a true and accurate copy of the foregoing was filed via the Courts electronic filing system. Notice of filing will be performed by the Court's electronic filing system, and the Parties may access the documents through the electronic filing system.

**/s/ Annie L. Malka**
Annie L. Malka