UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL CASE NO. 5:22-cv-00174-BJB

CRYSTAL DAWN SMITH     PLAINTIFF

v.

AARON ACREE, et al     DEFENDANTS

## ORDER

A telephonic status conference was held in this matter on October 15, 2024. Plaintiff Crystal Dawn Smith was represented by Attorney Marylin Linsey Shrewsbury. Defendant Aaron Acree was represented by Attorney Derrick T. Wright. Defendant James Hughes did not have representation on this call; counsel for Defendant Hughes shall contact the Court within seven days of entry of this order and confirm their attendance on the next call. As discussed at the conference, the Court adopts the joint status report, DN# 42, and amends the deadlines as follows:

- All Fact Discovery is to be completed on or before **January 31, 2025**.
- Plaintiff's Expert Disclosures is due on or before **February 7, 2025**.
- Defendant's Expert Disclosures is due on or before **March 28, 2025**.
- All Expert Discovery is due on or before **May 30, 2025**.
- Dispositive/Daubert Motions are due on or before **August 1, 2025**.
- The next telephonic Status Conference is scheduled for **January 13, 2025**, at **1:30 p.m. Central Time** before Magistrate Judge Lanny King. Counsel for the parties shall connect to this conference by dialing the toll-free meeting number 1-877-848-7030 and entering access code 7238577# when prompted.

**IT IS SO ORDERED**.

October 16, 2024

C: Counsel of record
P/0/06
LLK-mhb

Lanny King, Magistrate Judge
United States District Court