**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT PADUCAH**
***FILED ELECTRONICALLY***

**CRYSTAL DAWN SMITH,**
    **Plaintiff,**          **Case No.: 5:22-CV-174-BJB**

**v.**

**AARON ACREE,**
**JAMES HUGHES**
**AND**
**TRIGG COUNTY FISCAL COURT**
    **Defendants.**

---

**NOTICE OF SERVICE**

---

Comes the Defendant, Aaron Acree, by counsel, and hereby gives notice that he has served his First Rule 26(e) Supplemental Disclosures upon all counsel of record, via email on January 31, 2025.

        Respectfully submitted,

        */s/ Jonathan M. Gifford*
        Derrick T. Wright
        Maureen C. Malles
        Jonathan M. Gifford
        STURGILL, TURNER, BARKER & MOLONEY, PLLC
        333 West Vine Street, Suite 1500
        Lexington, KY 40507
        (859) 255-8581
        dwright@sturgillturner.com
        mmalles@sturgillturner.com
        jgifford@sturgillturner.com
        *COUNSEL FOR DEFENDANT,*
        *AARON ACREE*

2

## CERTIFICATE OF SERVICE

    This will certify that a true and correct copy of the foregoing has been electronically filed with the court's CM/ECF system on January 31, 2025, to all counsel of record registered to receive electronic filing notifications.

                                              */s/ Jonathan M. Gifford*
                                              *COUNSEL FOR DEFENDANT, AARON ACREE*