UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:22-cv-00174-BJB

***FILED ELECTRONICALLY***

CRYSTAL DAWN SMITH                                      PLAINTIFF

v.                       **NOTICE OF WITHDRAWAL**

AARON ACREE, et al.                                    DEFENDANTS

***** ***** *****

Pursuant to Local Rule 83.6(b) and with client notification, attorney L. Scott Miller has changed law firms and hereby withdraws as counsel of record for Defendant Aaron Acree. Attorneys Derrick T. Wright, Maureen C. Malles, and Jonathan M. Gifford of Sturgill, Turner, Barker & Moloney PLLC will remain counsel of record.

                                                 Respectfully submitted,

                                                 */s/ L. Scott Miller*
                                                 L. Scott Miller, KBA No. 91232
                                                 L.S. Miller Law, PLLC
                                                 333 W. Vine Street, Suite 1720
                                                 Lexington, KY 40507
                                                 (859) 456-2244
                                                 lsmiller@lsmlaw.com
                                                 WITHDRAWING ATTORNEY FOR
                                                 DEFENDANT ACREE

**CERTIFICATE OF SERVICE**

I certify that on February 24, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                 */s/ L. Scott Miller*
                                                 WITHDRAWING ATTORNEY FOR
                                                 DEFENDANT ACREE