UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

CASE NO. 5:22-cv-00174-BJB

CRYSTAL DAWN SMITH                    PLAINTIFF

v.

AARON ACREE, ET AL                    DEFENDANTS

DEPONENT:  JAMES HUGHES

DATE:        DECEMBER 12, 2024

REPORTER:  RHONDA SIMPSON

TAYLOR COURT REPORTING KENTUCKY
2901 SIX MILE LANE
LOUISVILLE, KENTUCKY 40220

1

2                       APPEARANCES

3

4    COUNSEL FOR PLAINTIFF:

5

6    Marilyn Linsey Shrewsbury, Esq.

7    MARILYN LINSEY SHREWSBURY ESQUIRE, PSC

8    256 Commerce Street

9    Eddyville, Kentucky 42038

10   Telephone:  (270) 601-5020

11   email:  linsey@mlslawgroup.net

12

13

14   COUNSEL FOR DEFENDANTS TRIGG COUNTY JAILER AND
     TRIGG COUNTY FISCAL COURT:

15

16   Stacey A. Blankenship, Esq.

17   KEULER, KELLY, HUTCHINS, BLANKENSHIP & SIGLER

18   100 South Fourth Street

19   Suite 400

20   Paducah, Kentucky 42001

21   Telephone:  (270) 488-8888

22   Email:  sblankenship@kkhblaw.com

23

24

25

```
 1
 2                         APPEARANCES
 3
 4   COUNSEL FOR DEFENDANT AARON ACREE:
 5
 6   Derrick T. Wright, Esq.
 7   STURGILL, TURNER, BARKER & MALONEY, PLLC
 8   333 West Vine Street
 9   Suite 1500
10   Lexington, Kentucky 40507
11   Telephone:  (859) 255-8581
12   Email:  dwright@sturgillturner.com
13
14
15
16
17
18
19
20
21
22
23
24
25
```

James Hughes
December 12, 2024

4

INDEX

                                                        PAGE


Appearances                                             2

Index                                                   4

Exhibits                                                5

Stipulations                                            6

Examination by Ms. Shrewbury                            7

Examination by Mr. Wright                               64

Examination by Ms. Shrewsbury                           75


Court Reporter's Certificate                            77

1

2                                EXHIBITS

3

4                                                       PAGE

5

6     (No exhibits were entered into the record.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

James Hughes
December 12, 2024

6

1

2                          STIPULATIONS

3

4          The deposition of JAMES HUGHES was

5    taken pursuant to Notice on the 12th day of

6    December 2024, beginning at 10:29 a.m., at the

7    law offices of Marilyn Shrewsbury, 265 Commerce

8    Street, Eddyville, Kentucky.  Said deposition

9    was taken for any and all purposes permitted by

10   law.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

James Hughes
December 12, 2024

7

1

2                         PROCEEDINGS

3

4             JAMES HUGHES, called by the

5    Plaintiff, Crystal Dawn Smith, by and through

6    counsel, having been first duly sworn, was

7    examined and deposed as follows:

8

9                    *     *     *

10                      EXAMINATION

11   BY MS. SHREWSBURY:

12        Q.     All right.  Good morning,

13   Mr. Hughes.

14        A.     Good morning.

15        Q.     We got to meet a couple of weeks

16   ago during Ms. Smith's deposition.

17        A.     We did.

18        Q.     Do you recall that?

19        A.     Uh-huh.  (Witness answers in the

20   affirmative.)

21        Q.     Yes, we have some common friends,

22   or, you know, we know some similar people in

23   this area.

24             Isn't that fair to say?

25        A.     Right.

James Hughes
December 12, 2024

8

```
 1        Q.      So, you saw Ms. Smith's deposition.
 2   This deposition is going to be very similar in
 3   that I'm going to be asking questions and you're
 4   going to be answering them.  Do you understand?
 5        A.      Yes.
 6        Q.      And if at any point in time you
 7   need to take a break -- I'm not here to make you
 8   uncomfortable -- you just let me know.  All I
 9   ask is that we answer whatever question I've
10   already put on the record; and then we'll move
11   right along, take a break, whatever you need.
12        A.      Okay.
13        Q.      If you don't understand a question
14   that I'm asking, ask me to restate or rephrase
15   it.  I don't want you to answer any questions
16   that I may have stated poorly, which will happen
17   time to time.
18        A.      Right.
19        Q.      And then, other than that, if at
20   any time point in time today you feel the need
21   to seek a break to have a conference with your
22   counsel, just let us know.  We'll set you up in
23   an office where you guys have some privacy.
24   Fair to say?
25        A.      Okay.
```

 1        Q.      All right.  So would you state your

 2    full name for the record?

 3        A.      James Hughes.

 4        Q.      Is this your first deposition?

 5        A.      Yes.

 6        Q.      And are you taking any medication

 7    today that would inhibit your ability to

 8    remember or testify truthfully?

 9        A.      No.

10        Q.      I'm going to ask you about your

11    background, Mr. Hughes.

12        A.      Okay.

13        Q.      Where are you from?

14        A.      Trigg County.

15        Q.      Born and raised?

16        A.      Yes.

17        Q.      Did you graduate from high school

18    there?

19        A.      Yes.

20        Q.      Did you pursue any education after

21    high school?

22        A.      No.  I was drafted immediately.

23        Q.      Well, that's an education all in

24    and of itself, I suppose.  And so, how long did

25    you serve?

James Hughes
December 12, 2024

1     A.     Two years.

2     Q.     Thank you for your service.  After

3  you got back from service, what did you do?

4     A.     I went to work in a local grocery

5  store, same one I was working in when I was

6  drafted.

7     Q.     And what's the name of that store,

8  or was the name of that store?

9     A.     It was Economy CB.

10          MS. BLANKENSHIP:  Did you say

11  Economy?

12          THE WITNESS:  Economy.

13          MS. BLANKENSHIP  CB?

14          THE WITNESS:  And then it changed

15  its name to Washer's IGA.  Which, the Washers

16  owned Economy also.

17  BY MS. SHREWSBURY:

18     Q.     And how long did you work there?

19     A.     Forty-one years.

20     Q.     And what did you do while you were

21  working there?

22     A.     I was manager of the store.  We had

23  two stores.

24     Q.     And if you know, what years did you

25  work there?

James Hughes
December 12, 2024

11

```
 1          A.      Probably from '70 to early part of
 2     2007, I think.
 3          Q.      Now, what's your address
 4     Mr. Hughes?
 5          A.      344 Maple Grove Road, Cadiz,
 6     Kentucky.
 7          Q.      And do you have a spouse?
 8          A.      Yes.
 9          Q.      And do you reside with your spouse?
10          A.      Yes.
11          Q.      And what's your spouse's name?
12          A.      Amelia Jo.
13          Q.      And do you guys have kids that are
14     over the age of 18?
15          A.      Yes.
16          Q.      Do they live in Trigg County?
17          A.      No.
18          Q.      Do they live in the western part of
19     the state?
20          A.      One son lives in West Tennessee,
21     and the other one lives in Middle Tennessee.
22          Q.      And do you and your wife attend any
23     sort of church or --
24          A.      Yes.
25          Q.      And what church do you all attend?
```

James Hughes
December 12, 2024

12

 1          A.      Oak Grove Baptist Church.

 2          Q.      Are you all involved in any

 3   community organizations?

 4          A.      Not a whole lot, no.

 5          Q.      What about Rotary or anything like

 6   that?

 7          A.      No.

 8          Q.      In 2007, when you effectively

 9   retired from grocery store business, what did

10   you decide to do with your time?

11          A.      Well, they sort of went broke.

12          Q.      Okay.

13          A.      And I was without a job.  First

14   time in my life I was ever without out a job.

15   So, I knew the jailer at the time, and he told

16   me he was having to retire due to back issues.

17   He said, "Why don't you run for jailer?"

18                  And I said, "I know nothing about

19   it."

20                  And he said, "Well, you can take

21   training and learn so..."

22                  At the time, I was a Democrat.

23   They came to my house, several of them, and

24   said, "We want you to run for jailer."  Said,

25   "You're our first choice."  So I ran and won and

James Hughes
December 12, 2024

13

```
 1    been jailer ever since.  That was in November of

 2    '07.  It was a special election.

 3         Q.     Still a Democrat?

 4         A.     Not anymore.  But you be what you

 5    want to be.

 6         Q.     That's right.  That's right.  Just

 7    curious.  A lot of people have done that, you

 8    know.  A lot of people were Democrats here in

 9    office and then have switched party affiliation

10    over time.

11         A.     Oh, yeah.

12         Q.     So, you said that you said to him,

13    your friend that was the jailer, "I don't know

14    anything about it," and he said, "You can take

15    some training and figure it out."

16         A.     Yes.

17         Q.     Did you in fact go through some

18    training?

19         A.     Yes.

20         Q.     Tell me all about the training.

21         A.     Well, every year you're required to

22    take 40 hours of training, but I always take

23    more.  This year I've already got 70 hours.

24         Q.     Talk to me about what the training

25    includes.
```

James Hughes
December 12, 2024

14

 1          A.      How to handle inmates, what the law

 2     is in different areas, court procedures.

 3          Q.      And when you first got the job,

 4     when you were first elected in 2007, did you go

 5     to in-person training or was it online?

 6          A.      No.  I went to training.

 7          Q.      And where was that training at in

 8     2007?

 9          A.      Different place every year.

10          Q.      When you went in 2007, where was

11     it?

12          A.      Bowling Green, Kentucky.

13          Q.      And is it in-person or in-service

14     training where you're working with individuals

15     who are instructors?

16          A.      Yes, yes.

17          Q.      Kind of like a classroom setting?

18          A.      Classrooms, yes.

19          Q.      You said you're required to do 40

20     hours a year?

21          A.      Yes.

22          Q.      When you first got the job, was it

23     40 hours then, too?

24          A.      Yes.

25          Q.      And that you generally engage in

James Hughes
December 12, 2024

15

```
1    additional training?

2         A.     Yes.

3         Q.     Now, you said part of that training

4    included how to handle inmates, so can you kind

5    of tell me about that?  How are you supposed to

6    handle inmates?

7         A.     Well, you -- we are called when

8    someone is arrested, so.  You just hook them up,

9    shackle them up, see what their issue is.  If

10   they're drinking or on drugs is the worst

11   situation we have.  You just have to keep an eye

12   on them, make sure they don't need to be

13   hospitalized, you know.

14        Q.     And when you say you have to pick

15   them up after they have been arrested, --

16        A.     Yes.

17        Q.     -- you don't go to the scene where

18   they were arrested, right?  You go to the police

19   station?

20        A.     Well, Justice Center.

21        Q.     Justice Center?

22        A.     Yeah.

23        Q.     And you'll have to forgive me.

24   Despite Chad being a prosecutor, I have never

25   really dabbled in criminal law.  It's not my
```

James Hughes
December 12, 2024

16

```
 1    specialty.  So I am completely ignorant about

 2    what it is that jailers do, how they do it, and

 3    what their day-to-day looks like.  So if you

 4    could walk me through that, that would be very

 5    helpful.

 6         A.    Okay.  Very seldom I go to the

 7    sheriff's office or to the PD to pick someone

 8    up, unless they're maybe interviewing someone.

 9    Or sometimes if they've got a medical issue, we

10    pick them up at the hospital instead of the

11    Justice Center.

12         Q.    Are there always police there; or

13    are you all, like in the instance of the

14    hospital --

15         A.    There's always someone there,

16    whoever the arresting officer is.

17         Q.    And how do you know that you need

18    to go pick somebody up?  Do you get a call?

19         A.    Yeah.  They call dispatch.

20    Dispatch calls us.

21         Q.    And then once you get that call and

22    dispatch says you have somebody to pick up, do

23    they also tell you where you're supposed to take

24    them?

25         A.    Yes.  They tell us where to pick
```

James Hughes
December 12, 2024

17

1   them up.  They don't tell us where to take them.

2          Q.      Okay.  That's what my question was.

3          A.      Yeah.

4          Q.      Thank you for clarifying.

5          A.      Yeah.

6          Q.      So they say you need to come pick

7   this person up at this location?

8          A.      Right.

9          Q.      And based on what you said earlier,

10  normally it's the Justice Center?

11         A.      Yes.

12         Q.      But sometimes -- "seldomly," I

13  think, was the word you used -- it's the

14  sheriff's office or the PD's office?

15         A.      It's never at the sheriff's office

16  anymore.

17         Q.      Never?

18         A.      It used to be, but it's not

19  anymore.

20         Q.      So as of today's date, it's just

21  the PD's office or --

22         A.      No.  As of today's date, it's just

23  the Justice Center --

24         Q.      Just the Justice --

25         A.      -- or hospital.

James Hughes
December 12, 2024

1    Q.    And so you go to that location and
2    you pick up the detainee?
3    A.    Right.
4    Q.    And then how do you know where
5    they're supposed to go?
6    A.    Well, all of them go to Christian
7    County Jail.
8    Q.    So every single time, bar none,
9    you're taking them to Christian County Jail?
10   A.    Right.  That's the only jail we
11   use.
12   Q.    Okay.  So you don't need dispatch
13   to tell you you're taking this guy here or there
14   because you know exactly where they're going
15   every single time?
16   A.    Right.  They just tell us where to
17   come, PD or hospital.
18   Q.    And you said somebody is there
19   every time you go to pick them up.  And that
20   somebody is a police officer.
21         Right?
22   A.    Right.
23   Q.    So when you get them, you say you
24   make sure that they're -- you went like this.
25   I'm guessing you meant shackled?

```
 1          A.      Handcuffed.
 2          Q.      Handcuffed, okay.  Do you do both
 3    hands and feet?
 4          A.      Yes.  Unless they have a disability
 5    or a female is pregnant, we do not.
 6          Q.      And how did you learn that every
 7    single time you were going to be picking someone
 8    up, they were going to be going to Christian
 9    County?  Did you learn that in training, or did
10    somebody just tell you that?
11          A.      Well, they were -- they are our
12    jail, so to speak.
13          Q.      Okay.  Well, I just mean before you
14    were the jailer.  Like, we're going back in the
15    stacks here to 2007.
16                  Right?
17          A.      Okay.
18          Q.      So did you do some ride-alongs or
19    --
20          A.      Oh, yes, yes.  Every day.
21          Q.      Okay.  So you watched and --
22          A.      On-the-job training.
23          Q.      -- learned on the job?
24                  MS. BLANKENSHIP:  Make sure you
25    don't talk over her because she has trouble
```

James Hughes
December 12, 2024

20

```
 1   getting it all down if you're talking over each

 2   other.

 3                THE WITNESS:  I'm sorry.

 4   BY MS. SHREWSBURY:

 5        Q.    That's all right.  You've been

 6   great.

 7                So on-the-job training, though?

 8        A.    Yes.

 9        Q.    And then, any of the on-the-job

10   training that you yourself went through, did you

11   ever know -- were you ever involved in a ride

12   where the detainee went anywhere but Christian

13   County Jail?

14        A.    That's the only jail we went to.

15        Q.    Sometimes you take them other

16   places, right, like rehab occasionally?

17        A.    No, we never take one to rehab.

18        Q.    Never take one to rehab?

19        A.    Never.

20        Q.    And when you have them and they are

21   cuffed both on their hand and feet, you place

22   them in the back of the vehicle?

23        A.    Yes.

24        Q.    What kind of vehicle is it?

25        A.    Well, we have three different
```

1    vehicles.  One's an SUV, one's a sedan, and

2    one's a van.

3         Q.     And do you do these by yourself, or

4    do you have two people on a call, or how does

5    that work?

6         A.     At times we do it by ourself.  But

7    the last six months, I have two riding 24/7.

8         Q.     Now, you mentioned that some of

9    your training yearly includes relevant laws,

10   right?

11        A.     Right.

12        Q.     And I understand you're not a

13   lawyer, and I'm not going to ask you questions

14   that would force you to make statements about

15   what law is or isn't.

16        A.     Right.

17        Q.     But generally speaking, are any of

18   the laws that you're trained on related to the

19   care and custody of the detainees in your

20   control?

21        A.     Well, to a point maybe.

22        Q.     Tell me what you mean.

23        A.     Well, there's certain ways you have

24   to handle people, depending on their situation.

25        Q.     And what do you mean by that?

James Hughes
December 12, 2024

```
 1        A.     Well, if they're under the
 2   influence, you keep a closer eye on them, so to
 3   speak, than if they're picked up on just a
 4   warrant.
 5        Q.     And you mentioned that earlier.
 6   Because if they're on drugs, you have to make
 7   sure they don't need medical attention.
 8             Right?
 9        A.     Right.
10        Q.     Do you keep things like Narcan
11   around, or anything like that?
12        A.     Well, most of the time the
13   arresting officer does that situation.
14        Q.     Okay.  Now, when you get the call,
15   throughout your career -- because now you've
16   been a jailer since 2007.
17        A.     Right.
18        Q.     So, you know, coming up on 20 years
19   anyways in about three years, two.
20        A.     Right.
21        Q.     Throughout that time, would you
22   ever receive calls from the police officers
23   directly or sheriff's deputies or sheriffs
24   directly about transport?
25        A.     I don't understand your question.
```

James Hughes
December 12, 2024

23

1      Q.     Sure.  Totally fair.  So, you

2 mentioned that the way that you know when you

3 need to go pick somebody up is that dispatch

4 calls you.

5             Right?

6      A.     Right.

7      Q.     Since you've been working as the

8 jailer, since 2007, have you ever received a

9 call about picking up a prisoner from anyone

10 other than dispatch?

11     A.     Yes.

12     Q.     And who made those calls?

13     A.     The sheriff's department has at

14 times, and the PD has at times.

15     Q.     How many sheriff's have you worked

16 with since 2007?

17     A.     Four.

18     Q.     And overall would you say you had a

19 good working relationship with them?

20     A.     Real good.

21     Q.     And of course now the sheriff in

22 Trigg County is Aaron Acree.

23     A.     Right.

24     Q.     How would you describe your working

25 relationship with him?

James Hughes
December 12, 2024

1        A.      Not perfect.  But I do my job.

2        Q.      And when you say "Not perfect,"

3   what do you mean?

4        A.      Well, he's just different from the

5   rest in some ways.

6        Q.      And what do you mean by that?

7        A.      Well, he's younger, and I'm older,

8   so we're just different.  Different generation.

9        Q.      Well, and working with the sheriffs

10   that you worked with prior to Sheriff Acree, you

11   have observed them doing their job in some part;

12   is that fair to say?

13        A.      Yes.

14        Q.      And would you say that Mr. Acree

15   does his job differently?

16        A.      Well, somewhat maybe.  I'm not --

17   can't think of anything right off, but he's just

18   a little different.

19        Q.      You mentioned earlier that you used

20   to pick them up sometimes from the sheriff's

21   department and the police department but now

22   it's just the Justice Center.

23        A.      Well, we picked them up at all

24   three.

25        Q.      Right.  But now it's just the

James Hughes
December 12, 2024

1    Justice Center?

2         A.    Justice Center only.

3         Q.    And why is that?

4         A.    Well, the sheriff and the judge and

5    I got together, and I wanted everybody picked up

6    at the Justice Center or the hospital.

7         Q.    Did something happen that sparked

8    that conversation?

9         A.    Well, this situation we're about to

10   get into is why.

11        Q.    And the situation that you're

12   referring to is of course the reason you're here

13   today?

14        A.    Yes.

15        Q.    And it involves Crystal Smith; is

16   that fair to say?

17        A.    Right.

18        Q.    So, did you know Ms. Smith before?

19        A.    I knew who she was, but I really

20   didn't know her name.  She used to shop at a

21   grocery store I worked at, so I knew her face

22   but I couldn't put a name on her.

23        Q.    Tell me about that night.  Do you

24   recall when it was?

25        A.    It wasn't night.  It was afternoon.

1          Q.      Tell me about that afternoon.

2          A.      Okay.   One of my deputies was on a

3    run.  And dispatch called and said, "You have a

4    1015 at the PD."  So I went and took it myself.

5          Q.      And then what happened?

6          A.      Well, I got to PD, and there was

7    Crystal Smith.  So that was the person they

8    called me to come get.

9          Q.      Was she with an officer at the

10   time?

11         A.      Pardon?

12         Q.      Was she with an officer at the

13   time?

14         A.      Yes.

15         Q.      And which officer was that?

16         A.      Well, there was two or three in

17   there.

18         Q.      Tell me who you remember being

19   present.

20         A.      Tyler Thomas, Duncan Wiggins, and

21   the sheriff.

22         Q.      And the sheriff at that time was

23   Sheriff Acree?

24         A.      Yes.

25         Q.      And do you recall it being in

 1    January of 2022?

 2         A.    Yes.  I believe the 11th.

 3         Q.    So you show up to do your job.  And

 4    you're by yourself, right?

 5         A.    Yes.

 6         Q.    And what kind of vehicle are you

 7    driving?

 8         A.    I was in a Crown Vic.

 9         Q.    And when --

10         A.    Crown Vic or Impala.  I'm not real

11    sure which one I was in, but it was one of the

12    sedans.

13         Q.    And when you showed up, were they

14    waiting for you inside or outside?

15         A.    Inside.

16         Q.    And were they seated or standing?

17         A.    Crystal Smith was sitting, along

18    with Tyler Thomas.  Acree was talking to Duncan.

19         Q.    Did you know anything about why you

20    were picking Ms. Smith up?

21         A.    No.

22         Q.    And so when you got there, Acree

23    was there?

24         A.    Yes.

25         Q.    And then Crystal is sitting down.

James Hughes
December 12, 2024

```
 1    Acree is talking to Duncan.  And then what
 2    happens?
 3         A.    Well, wasn't but just a few minutes
 4    till they brought her out.  And I told her to
 5    sit down in a chair, and I hooked her up:
 6    Shackle, belly chain, handcuffs.  I got the
 7    paperwork, and we was ready to go.
 8         Q.    And this felt to you, at that time,
 9    like any other run?
10         A.    Pardon?
11         Q.    Was it -- did it seem very similar
12    to you to all the other runs that you normally
13    do?
14         A.    Yeah.  A lot of times, the police
15    and sheriff, they're all discussing the
16    situation.  Sometimes might have two there at
17    the same time, so they all -- they all talk
18    about whatever.
19         Q.    So nothing seemed out of the
20    ordinary?
21         A.    No.
22         Q.    And do you recall what Ms. Smith's
23    demeanor was?
24         A.    What her what was?
25         Q.    Demeanor, how she presented.
```

James Hughes
December 12, 2024

1          A.      She was crying.

2          Q.      Did she say anything ugly to you?

3          A.      No.

4          Q.      Did she act out in any way?

5          A.      No.

6          Q.      She was compliant?

7          A.      Yes.

8          Q.      So after you get her handcuffs, her

9     feet cuffed, belly chain, do you help her in the

10    car?

11         A.      Yes.

12         Q.      And there wasn't anybody else in

13    the car?

14         A.      No.

15         Q.      And then you get in the driver's

16    seat, and you're fixing to head where?

17         A.      Well, Sheriff Acree was out in the

18    street.  He was parked across the street.  He

19    said, "James, will you run her by my office?  I

20    need to ask her a couple of questions."

21         Q.      Did that feel normal to you?

22         A.      At the time, I thought it did.

23         Q.      Well, and to be fair, you had just

24    seen him talking to the arresting officers?

25         A.      Yes.

James Hughes
December 12, 2024

30

```
 1        Q.      You didn't know anything about the
 2   crime?
 3        A.      No.
 4        Q.      And you work with the sheriff's
 5   office all the time?
 6        A.      Right.
 7        Q.      Had you ever been asked anything
 8   like that before?
 9        A.      Not many times, but I have been
10   asked to come back and pick up paperwork or
11   something, you know.  They might want to ask
12   them a question or something.
13        Q.      Now, if you have a detainee, are
14   you in charge of that detainee?
15        A.      Yes.
16        Q.      As in, they're in your care,
17   custody, and control?
18        A.      Correct.
19        Q.      If law enforcement has a detainee,
20   are they in charge, if you know, of that
21   detainee?
22        A.      Well, we all sort of work together
23   on it.
24        Q.      Is there any rules that you're
25   aware of -- policies, procedures, or laws --
```

```
 1   that deal with this specific type of events?
 2        A.    I don't think so, that I know of.
 3        Q.    Have you ever, other than this
 4   time, been asked to bring a prisoner back for
 5   questioning purposes?
 6        A.    I'm thinking once or twice, but I
 7   can't recall who.
 8        Q.    Do you recall if on that -- on
 9   those one or two times occasions where you have
10   been asked to transport prisoners back or
11   transport them for questioning, additional
12   questioning, did you take them back to the same
13   agency you picked them up at or did you take
14   them to a different agency?
15        A.    I can't really recall.
16        Q.    So on this occasion, the afternoon
17   of January 11, 2022, Acree is in the street and
18   he asks you to bring her by the sheriff's
19   department?
20        A.    Correct.
21        Q.    Were the doors to the car closed
22   when this interaction occurred?
23        A.    Yes.
24        Q.    And you were not in the car yet?
25        A.    No.
```

James Hughes
December 12, 2024

32

```
 1          Q.      So when you get in the car, do you
 2   talk to Ms. Smith at all?
 3          A.      I don't think I did at that time.
 4          Q.      How far is the sheriff's department
 5   from the PD's office?
 6          A.      About a mile.
 7          Q.      Not very far?
 8          A.      No.
 9          Q.      When you got to the sheriff's
10   department, what happened?
11          A.      I pulled up to the side door.
12   Sheriff Acree was standing there.  I got her out
13   of the car and walked her to the door.
14          Q.      Did she say anything to you at that
15   time?
16          A.      No.
17          Q.      Do you recall what she was wearing?
18          A.      She was wearing a dress.
19          Q.      Did she have a coat on?
20          A.      No.
21          Q.      Was it a long-sleeved dress or
22   short-sleeved dress?  Do you recall?
23          A.      I recall, I'm pretty sure it was a
24   short, sleeveless dress.
25          Q.      And it was cold out?
```

1      A.     It was pretty chilly that morning,

2   but not extremely cold.

3      Q.     Is that the normal way that you

4   would have -- well, let me ask it this way.  You

5   said, occasionally, prior to now, you would pick

6   prisoners up at the sheriff's department?

7      A.     Well, I used to all the time when

8   they would make an arrest.

9      Q.     And would you go in the side door

10  that you brought Crystal to every time?

11     A.     Yes.

12     Q.     And do you know if there's video

13  camera footage from outside those doors?

14     A.     I don't think so.  At the time, I'm

15  pretty sure there wasn't.

16     Q.     Do you know if anybody was at work

17  that day, other than Sheriff Acree, at the

18  sheriff's department?

19     A.     The ladies were in the office.

20     Q.     And what were their names?

21     A.     Ms. Godair and I think Ms. Hamby.

22  Which, he's had several come and go, but I think

23  those two were there at the time, but I did not

24  see them.

25     Q.     You just assumed?

James Hughes
December 12, 2024

```
 1        A.     Yes.  They're always there.

 2        Q.     Are they -- they were, at that

 3   time, the normal staff?

 4        A.     Yes.

 5        Q.     And you said it was afternoon, so

 6   before 5:00 p.m.

 7        A.     Yes.  I'm going to say

 8   mid-afternoon.

 9        Q.     And did you see cars in the parking

10   lot?

11        A.     Yes.

12        Q.     So you helped Ms. Smith out of the

13   car, and then you walk her over to Sheriff

14   Acree?

15        A.     Right.

16        Q.     And then what happens?

17        A.     He opened the door and said,

18   "James, just wait out here just a second.  It

19   won't take me but a minute."  So when he pulled

20   the door to, it automatically locks.

21        Q.     Had that ever happened to you

22   before, where you were asked to wait outside?

23        A.     Like I say, I haven't done it but

24   once or twice.  No, I can't recall that

25   happening.
```

James Hughes
December 12, 2024

35

1    Q.    Did you find that odd at the time?

2    A.    Not really.

3    Q.    And then what happened?

4    A.    Well, they were in there a couple

5    of minutes.  I can't really say how long they

6    was in there because I...

7    Q.    And then what?  Did Sheriff Acree

8    bring her out, or did you go to check?  I mean,

9    what happened at that point?

10    A.    No.  He opened the door.

11    Q.    Did you sit in the car and wait?

12    A.    No.  I stood there by the door.

13    Q.    Stood by the door.  Could you see

14    in the door?

15    A.    Yes.

16    Q.    And did you see anything?

17    A.    Well, I saw her fall crossways the

18    door.

19    Q.    Now, you say you saw her fall.  And

20    when you say you saw her fall, did you actually

21    see where she fall or did you see her come

22    toward the door?  Tell me what you saw.

23    A.    Well, the glass is, say, this wide

24    and this tall.

25    Q.    Okay.

James Hughes
December 12, 2024

36

```
 1          A.      Just all of a sudden, there's.

 2                  MR. WRIGHT:  [Inaudible] for the

 3     record.

 4                  MS. BLANKENSHIP:  Yes.

 5                  MR. WRIGHT:  Sorry.

 6                  MS. BLANKENSHIP:  Describe the glass

 7     for the record.  Like, how wide and tall?

 8                  THE WITNESS:  Five inches wide, two

 9     feet tall.

10                  And she fell crossways the door.

11     That's when I saw her.  She was on the ground.

12     BY MS. SHREWSBURY:

13          Q.      When you saw her she was on the

14     ground in front of the door?

15          A.      Yes.

16          Q.      Did you try to open the door at

17     that point?

18          A.      I couldn't.  It was locked.

19          Q.      Was Sheriff -- how long before

20     Sheriff Acree got the door open?

21          A.      Well, just immediately he was there

22     getting her up, and he opened the door at the

23     same time.

24          Q.      When he got her up, how did he get

25     her up?  Did it seem rough?  Did it seem...
```

James Hughes
December 12, 2024

1       A.      He just got her by the arm and
2   helped her get up, but it's pretty difficult to
3   get up with shackles on.
4       Q.      Did you notice anything else?
5       A.      No.
6       Q.      And when they got in the car, did
7   you help her in the car?
8       A.      No.  He put her in the car.
9       Q.      And were you in the car already?
10      A.      No.
11      Q.      Or were you walking around?
12      A.      I was beside the car.  And I think
13  I opened the door, and he put her in the car.
14      Q.      Did you hear him say anything to
15  her once he got her in the car?
16      A.      Yes.
17      Q.      What did he say?
18      A.      He said, "You come to my house
19  again, I'll fucking kill you."
20      Q.      And then what happened?
21      A.      I went around, started on my way to
22  the Christian County Jail.  Asked her, I said,
23  "Are you okay?"
24              She said, "I don't know."  She
25  said, "Did he have the right to beat me up?"

James Hughes
December 12, 2024

38

1           I said, "No."

2       Q.      And then you got her to the jail?

3       A.      Yes.  I asked her twice before we

4   got there if she was okay.  Second time, she

5   said, "I think so."

6       Q.      Now, had that ever happened to you

7   in your entire career as a jailer?

8       A.      No.

9       Q.      And as you sit here today, is it

10  your position that --

11          MS. BLANKENSHIP:  Can you clarify

12  for the record what you meant by -- you said,

13  "Has that ever happened to you?"

14          MS. SHREWSBURY:  The incident that

15  he just described, where a detainee has asked

16  about whether or not a law enforcement agent has

17  the right to beat them up.

18      A.      No.

19  BY MS. SHREWSBURY:

20      Q.      And what -- based on your

21  observations of the incident, as far as you

22  witnessed, her being on the floor, Sheriff Acree

23  getting in the car, or putting her in the car,

24  saying what you testified he said, and then her

25  questions to you, did you make -- what did you

James Hughes
December 12, 2024

```
 1   think occurred?

 2              MR. WRIGHT:  Object to form.

 3   BY MS. SHREWSBURY:

 4        Q.    You can answer if you understood

 5   the question.

 6        A.    I can't recall saying anything.  I

 7   just asked her was she okay.

 8        Q.    Right.  So at that time you weren't

 9   worried that he had done anything to her?

10        A.    I didn't know what went on.

11        Q.    And that's what I'm asking.  Did

12   you have any impressions about what had happened

13   in there?

14        A.    I don't have any clue.  I could not

15   see past that little window in the door.

16        Q.    Why did you ask her if she was

17   okay?

18        A.    She asked me first, did he -- I

19   think she asked me first, before I said, "Are

20   you okay?"

21              She said, "Did he have a right to

22   beat me up?"

23              I said, "No."  I said, "Are you

24   okay?"  That's when I asked her if she was okay.

25        Q.    Was there anything about the way
```

James Hughes
December 12, 2024

40

1    that she looked or the way that that situation

2    went that made you think she wasn't okay?

3         A.    No.  She looked fine to me.  I

4    mean, other than she was crying, she looked

5    fine.

6         Q.    After Sheriff Acree told her, you

7    know, if she ever was around his house, or what

8    you basically testified to, did you ascertain

9    that he was the victim to the crime that she

10   committed?

11        A.    Well, when I pulled out and got on

12   68, I looked at the citation.  I didn't have a

13   clue it was his house that she was at.

14        Q.    He never told you?

15        A.    No.

16        Q.    And none of the other officers ever

17   mentioned it?

18        A.    No.

19        Q.    Would you have taken her to the

20   sheriff's department if you had known?

21        A.    No.

22             MR. WRIGHT:  Object to form.

23        A.    Probably wouldn't have.  I don't

24   know.  I thought he was in the investigation,

25   so.

41

```
1   BY MS. SHREWSBURY:
2        Q.     Now, it's January.  And about the
3   time she gets out of the sheriff's department,
4   what -- do you know about what time that was?
5        A.     What time she?
6        Q.     What time you were actually on the
7   road to Christian County.
8        A.     No, I don't know exactly.  It was
9   mid-afternoon, I would say.
10       Q.     Still light outside?
11       A.     Yeah, it was still daylight.
12       Q.     So, when you got her to Christian
13  County, then how does it go?
14       A.     Everything was fine then.
15       Q.     Did you get her out of the vehicle?
16       A.     Yes.
17       Q.     Who do you hand her off to?
18       A.     Personnel inside the jail.  That's
19  when I took the shackles and handcuffs off of
20  her.  They put her in a separate room to get
21  ready for booking, like they always do.
22       Q.     When you answered her question
23  about whether or not he had the right to beat
24  her up and you said no, why did you say no?
25       A.     Well, she was making the statement
```

James Hughes
December 12, 2024

```
 1    that he beat her up, so I didn't know what
 2    happened in there, so that's why I said no.
 3         Q.    Well, I mean, did you say no
 4    because you don't think he has the right to beat
 5    her up?
 6         A.    No, no one has the right.
 7         Q.    And where did you learn that, or
 8    what makes you think that no one has the right?
 9         A.    Her word was the only way I had to
10    go by.
11         Q.    I just meant your impression.  So,
12    when she asked the question, you answered the
13    question, "No."
14         A.    Yes.
15         Q.    So it's your position today, and it
16    was your position at that time, he did not have
17    the right to beat her up?
18         A.    Right.
19         Q.    I'm not saying that you're saying
20    that he did.
21         A.    Right.
22         Q.    I'm just saying, you said he did
23    not have the right to.
24         A.    Correct.
25         Q.    Why?  Why does he not have the
```

James Hughes
December 12, 2024

```
 1   right to?
 2        A.    Well, no one has the right to beat
 3   anybody up unless they're creating a problem and
 4   they have to detain them.
 5        Q.    Well, you mentioned earlier that
 6   it's difficult to get somebody up off the ground
 7   who's shackled.
 8              Right?
 9        A.    Yes.
10        Q.    And you mentioned that she did have
11   her hands and feet and a belly chain.
12              Right?
13        A.    Correct.
14        Q.    Is it your position that once a
15   detainee is in your control, that their care is
16   resting with you; you're in charge of them?
17        A.    Yes.
18        Q.    And you mentioned that for
19   detainees that were under the influence of
20   something, you watch them to make sure they
21   didn't need medical attention.
22              Right?
23        A.    Right.
24        Q.    And is it because you have to make
25   sure that they're taken care of; that's your
```

1    job?

2         A.    Right.

3         Q.    Is it fair to say that you are not

4    allowed to abuse individuals who are under your

5    care and custody?

6         A.    Correct.

7         Q.    You can't strike them?

8         A.    Correct.

9         Q.    And you can't throw them?

10        A.    Correct.

11        Q.    And you can't push them down?

12        A.    Correct.

13        Q.    And are you supposed to make

14   threats?

15        A.    No.

16        Q.    So for all those reasons, is that

17   why you told Crystal, "No, he did not have the

18   right to beat you up"?

19             MR. WRIGHT:  Object to form.

20        A.    Right.

21   BY MS. SHREWSBURY:

22        Q.    So, you get her to the jail and

23   take her into personnel, and then she's booked.

24   And then you -- what happens?  Where do you go?

25        A.    I leave.

James Hughes
December 12, 2024

45

1      Q.      You go home?

2      A.      Well, either back to the office

3  or...

4      Q.      Do you remember that night, or that

5  afternoon, if you went back to the office or if

6  you went --

7      A.      Yes, I did.  I went to the judge's

8  office.

9      Q.      And what judge is that?

10      A.      Hollis Alexander.

11      Q.      And is Hollis Alexander still the

12  judge executive?

13      A.      No.

14      Q.      Who's the judge executive now?

15      A.      Stan Humphries.

16      Q.      And when you went back to the

17  judge's Office, which at the time was

18  Mr. Alexander did you talk to Mr. Alexander

19  about anything?

20      A.      Yes.

21      Q.      What did you talk to him about?

22      A.      I told him that I took Crystal

23  Smith to jail and she said the sheriff beat her

24  up.  Because I wanted somebody to know in case

25  something was wrong.

James Hughes
December 12, 2024

1          Q.      And how did Mr. Alexander respond

2    to that?

3          A.      He said, "I've heard a little

4    something about it."

5          Q.      Did he say who he heard it from?

6          A.      Some individual at the sheriff's

7    office.

8          Q.      Did he say which individual?

9          A.      He did not say.

10         Q.      And was there any more to the

11   conversation?

12         A.      I just told him exactly what I've

13   told you here.  And he said he had heard about

14   it, so I don't -- I don't know if a person heard

15   something or -- I don't think anybody was in

16   there to see something.  I don't know if he

17   heard Acree hollering at her going to the car.

18   I don't know this individual, and I don't know

19   what happened.

20         Q.      Right.  You told him what you knew,

21   --

22         A.      Yes.

23         Q.      -- what you observed and heard?

24         A.      Yes.

25         Q.      And he told you he had already

James Hughes
December 12, 2024

47

```
 1   heard that?

 2        A.    Yes.

 3        Q.    But you don't know who he heard it

 4   from?

 5        A.    No.

 6        Q.    After that, did you all talk about

 7   anything else?

 8        A.    No.

 9        Q.    And did you feel like you had an

10   obligation to report that to him?

11        A.    Yes.

12        Q.    Why did you feel that way?

13        A.    Well, he's in charge of the county,

14   and I felt like every situation needed to be

15   reported.

16        Q.    Now, after that conversation with

17   Mr. Alexander, did you have any other

18   conversations with anyone else about this

19   incident?

20        A.    Yes.

21        Q.    Tell me about those conversations.

22        A.    I told our county attorney about

23   it.

24        Q.    And is that Ray?

25        A.    Randy Braboy.
```

James Hughes
December 12, 2024

```
 1          Q.      Randy.  And about how long after

 2   Talking to Mr. Alexander did you talk to

 3   Mr. Braboy?

 4          A.      Two minutes.

 5          Q.      Okay.

 6          A.      I went straight into his office, up

 7   the steps.

 8          Q.      Okay.  And did you approach it

 9   similar To the way you approached the

10   conversation with Mr. Alexander?

11          A.      Yes.

12                  MS. BLANKENSHIP:  I think, given

13   that he was the county attorney and he's a

14   county employee, I assume he went and talked to

15   the county attorney for purposes of getting

16   legal advice.

17                  MS. SHREWSBURY:  Well, that's what I

18   just asked about.

19                  MS. BLANKENSHIP:  Yeah.  So I think

20   we're going to have to lodge an objection on any

21   conversation they had.

22                  MS. SHREWSBURY:  Sure.

23   BY MS. SHREWSBURY:

24          Q.      So, the question that I actually

25   asked was, did you approach it in the same or
```

James Hughes
December 12, 2024

49

```
 1    similar fashion as Mr. Alexander?

 2          A.    Yes.

 3          Q.    And did you feel it was your duty

 4    to report it?

 5          A.    Yes.

 6          Q.    And after talking to Mr. Braboy,

 7    did you talk to anyone else about the situation?

 8          A.    No.

 9          Q.    Not immediately?

10          A.    Not immediately.

11          Q.    But you've talked about it since

12    that time.

13                Right?

14          A.    Yes.

15          Q.    So the next person that you would

16    have spoken to about this situation, who would

17    it have been?

18          A.    I don't know.

19          Q.    Let me ask you this:  Do you recall

20    ever talking to an individual by the name of

21    Mr. Sandbrink?

22          A.    Yes.

23          Q.    Did you talk to him about this

24    situation?

25          A.    Yeah.  He asked me something about
```

James Hughes
December 12, 2024

50

```
 1    it.
 2           Q.      And about how long after the
 3    incident occurred did you and Mr. Sandbrink have
 4    the discussion?
 5           A.      Oh, gosh, that was a year after
 6    probably, maybe.  I'm not -- I'm not sure.
 7           Q.      Do you know if any investigation
 8    was ever launched by Mr. Alexander into your
 9    report to him?
10           A.      No.
11           Q.      And do you know if the county
12    itself ever launched an investigation?
13           A.      No.
14           Q.      And you said that when
15    Mr. Sandbrink and you talked about it, it was
16    about maybe a year later or something to that
17    effect?
18           A.      I can't recall the exact time, but
19    I did.
20           Q.      But it was removed from the event?
21           A.      Yes.  It wasn't close.  It was
22    several months after.
23           Q.      And who is Mr. Sandbrink?
24           A.      At the time, he was a deputy
25    sheriff, I think.
```

James Hughes
December 12, 2024

1    Q.    And had he been a deputy sheriff

2    long?

3    A.    Well, he was a retired state

4    police, and he went to work for the sheriff

5    department.

6    Q.    And at that time it was still

7    Sheriff Acree?

8    A.    Yes.

9    Q.    And did Mr. Sandbrink -- how did

10   Mr. Sandbrink approach you to discuss this

11   incident, the Crystal Smith incident?

12   A.    I can't even recall where we were.

13   And really how it really came up, I can't recall

14   all that.

15   Q.    Do you recall whether or not you

16   told him the same thing you had told everybody?

17   A.    Yes.

18   Q.    Did you know Mr. Sandbrink when he

19   was a Kentucky State Police officer?

20   A.    Yes, I did.

21   Q.    Did you have a friendly

22   relationship with him?

23   A.    I do.

24   Q.    And do you currently?

25   A.    Yes.

James Hughes
December 12, 2024

```
 1        Q.      And is it true that he's also suing
 2   Sheriff Acree in Trigg County?
 3        A.      Yes.
 4        Q.      But at the time you discussed this
 5   with him, this Crystal Smith incident, he was
 6   not in active litigation against the county or
 7   Sheriff Acree?
 8        A.      I don't think so at the time.  I
 9   really don't know when his situation came
10   around.
11        Q.      After talking to him about the
12   Crystal Smith incident, when's the next time you
13   were asked questions about it?
14        A.      I don't guess all of a sudden.  It
15   was a few weeks.  Kentucky State Police and the
16   FBI agent called me, wanted to meet with me.
17        Q.      And did you meet with them?
18        A.      Yes.
19        Q.      What type of questions did they ask
20   you?
21        A.      Same as you did.
22        Q.      Did they ask you only about the
23   Crystal Smith, or did they ask you about other
24   subjects?
25        A.      That was the only thing.
```

James Hughes
December 12, 2024

1      Q.      And did you tell them the same as

2   you're telling me today and that you told all

3   the other individuals we talked about?

4      A.      Yes.

5      Q.      We got to talking about Ms. Smith's

6   incident because you mentioned that you no

7   longer will pick up or transport from the

8   sheriff's department.

9      A.      Correct.

10     Q.      And that you and the judge and the

11  sheriff had a meeting about it.

12     A.      Yes.

13     Q.      And when did that meeting occur?

14     A.      I can't put a date on it.

15     Q.      Was it this year?

16     A.      I'm going to say it's the first of

17  this year.

18     Q.      And tell me about that meeting.

19  Did you ask for the meeting?

20     A.      Judge and I talked about it.  I

21  told him I was no longer picking people up at

22  the hospital or the sheriff's department.  So we

23  had a meeting, and we decided I probably need to

24  pick some up at the hospital.  So we limited it

25  to the Justice Center and the hospital.

James Hughes
December 12, 2024

```
 1        Q.     Well, when you had talked to him

 2   and said you didn't want to do the hospital or

 3   the sheriff's department, did you tell him why?

 4        A.     Well, I just felt that we just

 5   needed one location.  And the judge brought it

 6   up and he said, "You probably need to make the

 7   hospital stop as well," so I was okay with it.

 8        Q.     And when you decided that you

 9   probably needed one location, or a limited

10   number of locations, --

11        A.     Yes.

12        Q.     -- the sheriff's department and the

13   PD, the police department, those were the two

14   things that you said were unnecessary?

15        A.     Right.

16        Q.     Now, were you aware that Sheriff

17   Acree was charged with criminal violations?

18        A.     Yes.

19        Q.     In part for what happened with

20   Ms. Smith?

21        A.     Yes.

22        Q.     And how did you feel about that, if

23   you had any feelings whatsoever?

24        A.     I had mixed feelings about it.

25        Q.     Well, tell me.
```

1          A.      I don't know how to explain it.

2          Q.      Do your best.

3          A.      After I heard he was indicted,

4    everyone said he wasn't going to be sheriff

5    anymore, but he's still the sheriff.

6          Q.      Still there?

7          A.      Still there.

8          Q.      And so were your mixed feelings

9    about that?

10         A.      Yeah.

11         Q.      Was it that you don't think a

12   sheriff who's been indicted and --

13         A.      Oh, I think he should have been

14   probably, if the situation happened like she

15   said it did.

16         Q.      So you believe that that was the

17   right thing, the charges being filed against

18   Sheriff Acree?

19         A.      Yes.

20                MR. WRIGHT:  Object to form.

21                MS. BLANKENSHIP:  Object to form.

22   BY MS. SHREWSBURY:

23         Q.      That's all right.  You can --

24   you've already answered it.

25                Do you believe that he should have

```
 1    been removed from office?
 2                MR. WRIGHT:  Object to form.
 3                MS. BLANKENSHIP:  Object to form.
 4    BY MS. SHREWSBURY:
 5         Q.    You can answer if you understood.
 6         A.    I'd rather not say.
 7         Q.    That's fair.  You still work with
 8    him.
 9                Right?
10         A.    I do my job.
11         Q.    Do you believe that anybody is
12    above the law?
13         A.    No.
14         Q.    And do you believe that people who
15    break the law should suffer consequences?
16         A.    Somewhat.
17         Q.    Now, obviously, you've been named
18    as a party to this lawsuit.  You're aware of
19    that?
20         A.    (Witness nods.)
21         Q.    Right?
22         A.    Yes.
23         Q.    Sorry.  I can see you nodding, but
24    the paper won't be able to see you nodding, so.
25    I don't want to seem rude, but...
```

```
1              Since the incident with Ms. Smith

2    has occurred, have you ever made a stop, other

3    than Christian County Jail, when transporting

4    prisoners?

5         A.    No.

6         Q.    And is that how you intend on --

7         A.    Yes.

8         Q.     -- doing your job?

9         A.    Right.  Correct.

10        Q.    Have you -- I know we talked about

11   everyone that you've discussed it with.  I'm

12   sure you've discussed it with your lawyer.  I

13   don't want to know about any of those

14   conversations.  And we're discussing it today.

15   Did you talk to your wife about the incident at

16   all?

17        A.    Yes.

18        Q.    Did you tell her pretty much what

19   you told me?

20        A.    I did.

21        Q.    Did it bother you?  Did the

22   incident bother you or make you feel

23   uncomfortable?

24        A.    Yes.

25        Q.    Other than your wife and everyone
```

1    we've discussed today, is there anybody else

2    that you've talked to about this incident?

3         A.    I think the circuit clerk, we

4    discussed it.

5         Q.    And what's her name?

6         A.    Lisa Thomas.

7         Q.    Anybody else you can think of?

8         A.    I've had people ask me about it,

9    but I can't recall a name right off.

10        Q.    When you went initially to Hollis

11   Alexander and reported your observations and

12   what you had heard or witnessed on the day of

13   January 11th, 2022, --

14        A.    Yeah.

15        Q.    -- and you heard that he had

16   already heard about it, --

17        A.    That's what he told me.

18        Q.    -- did you believe that he was

19   looking into it when you walked out of his

20   office?

21        A.    I really don't know.  I made him

22   aware of it, so I don't know his next step.

23        Q.    You made him aware of it -- did you

24   make him aware of it with the expectation or

25   understanding that he would look into your

James Hughes
December 12, 2024

59

1    concern?

2            A.      Well, I thought he would.

3            Q.      And so as time passed and you heard

4    nothing else about it, did you believe that it

5    had been resolved?

6            A.      Yes.

7            Q.      And during that time, you were

8    never asked to come in and give any additional

9    statements?

10           A.      No.

11           Q.      And the next time that you were

12   asked for statements was from the FBI and KSP?

13           A.      Correct.

14           Q.      Did you ever have an opportunity to

15   talk to any of the individuals that work for you

16   as  jailers, assistant jailers?

17           A.      About this?

18           Q.      About this incident.

19           A.      No, not directly.  They questioned

20   me a little bit about it, I think.  But I just

21   told them that the situation happened and I

22   didn't want to go into it.

23           Q.      Did you tell them that that's why

24   you didn't want to have to be doing multiple

25   stops with multiple agencies?

```
 1           A.      Yes.

 2           Q.      Had you ever heard anything else

 3    from anybody about Sheriff Acree's handling of

 4    either Ms. Smith or any other inmates,

 5    prisoners, detainees?

 6           A.      I've heard several people tell me

 7    of new people that got roughed up, but I don't

 8    have names.

 9           Q.      No names for the people that were

10    roughed up or no names for the people that told

11    you people had been roughed up?

12           A.      Both.

13           Q.      At the time that you transported

14    Ms. Smith, were you aware that in September of

15    the prior year she had lost her son?

16           A.      Yes, I'd heard about that.

17           Q.      And prior to transporting Ms. Smith

18    on that occasion, had you ever had to transport

19    her?

20           A.      No.

21           Q.      And I want to go back to this

22    conversation you had with Mr. Alexander.

23           A.      Okay.

24           Q.      So, you felt it was your duty to

25    report it to him, with the belief that it would
```

James Hughes
December 12, 2024

61

1   be looked into; is that fair to say?

2        A.    Well, I didn't know if anything

3   would come of it or not, but I didn't want it

4   strictly for me.  I wanted him to know, being

5   he's in charge of the county and he's the one

6   that hired him, so.  He appointed him to the

7   job, so...

8        Q.    So something like the old adage:

9   See something, say something?

10        A.    Pardon?

11        Q.    See something, say something?

12             MR. WRIGHT:  Object to form.

13             MS. BLANKENSHIP:  Object to form.

14   BY MS. SHREWSBURY:

15        Q.    You can answer if you understood.

16        A.    I just wanted him to know about

17   what happened.

18        Q.    Had you ever been told that that's

19   who you should report things that happen to?

20        A.    No, not really.  But I knew he was

21   the number one man, so I felt like I should.

22        Q.    And by "Number one man," you mean

23   sort of like a boss?

24        A.    Yes.

25        Q.    That ultimately, it was your

1    understanding, Mr. Alexander was in charge of

2    what was going on in the county?

3         A.    Yes.

4         Q.    Do you have at the jail policies or

5    procedures?  Do you have a handbook, anything

6    like that?

7         A.    Other than where they're to be

8    picked up, no, I don't have anything other than

9    where they're to be picked up.

10        Q.    What about employee manuals,

11   policies, procedures for --

12        A.    Yeah, we have those.  County-wide

13   has those.

14        Q.    And they all fall under the

15   county's purview?

16        A.    Yes.

17        Q.    So is it fair to say that you all

18   have to adhere to the same policies and

19   procedures from the employment handbook, or

20   manual, so to speak, as the road department?

21        A.    Right.

22        Q.    Or any other county employee?

23        A.    Right.

24        Q.    You said this was your first

25   deposition?

1        A.      Yes.

2        Q.      And so have you ever been a party

3   to litigation before?

4        A.      No.

5        Q.      What about, have you ever been

6   arrested?

7        A.      No.

8        Q.      I didn't think so.  Never had to

9   file for anything like Workers' Comp or anything

10  like that?

11       A.      No.

12       Q.      I'd like to take a short break,

13  Mr.  Hughes, but I think I'm just about finished

14  with you.

15       A.      Finish up.  I'm ready.

16       Q.      I'm going to take a minute and just

17  go through my notes if that's okay.

18       A.      That's okay.

19

20                      *     *     *

21  (OFF THE RECORD AT 11:36, BACK ON THE RECORD AT

22                  11:45)

23                      *     *     *

24

25

James Hughes
December 12, 2024

64

```
 1              CONTINUED EXAMINATION
 2   BY MS. SHREWSBURY:
 3       Q.     All right.  Mr. Hughes, we just got
 4   back from a short break.  And I have reviewed my
 5   notes, and my last question to you is:  Is there
 6   anything else that you want to say about the
 7   event with Crystal Smith that you didn't have
 8   the opportunity to say today?
 9       A.     No.
10              MS. SHREWSBURY:  That concludes for
11   me.
12
13                    *     *     *
14                    EXAMINATION
15   BY MR. WRIGHT:
16       Q.     All right.  Mr. Hughes, we've met
17   previously.  But just for the record, I'm
18   Derrick Wright.  I represent Defendant Acree in
19   this case.
20       A.     Right.
21       Q.     I'm going to bounce around a little
22   bit.  I don't have a whole lot of questions.
23   Just a few things I want to clarify.  Okay?
24       A.     Okay.
25       Q.     You indicated, I believe, that in
```

James Hughes
December 12, 2024

1    this case you picked up Ms. Smith at the Cadiz

2    Police Department?

3         A.    Right.

4         Q.    And did you handcuff and shackle

5    her there?

6         A.    Yeah.

7         Q.    And is it your practice that they

8    stay handcuffed and shackled until taken to the

9    jail?

10        A.    Exactly.

11        Q.    So is that what happened in this

12   case, even though you stopped at the sheriff's

13   office?

14        A.    Yes.

15        Q.    When you indicated you arrived at

16   the jail, you said Crystal Smith was there.

17   Where was she, if you remember?

18        A.    Repeat your question.

19        Q.    I believe you testified that when

20   you arrived at the Cadiz Police Department,

21   Crystal Smith was there.

22        A.    Yes.

23        Q.    Can you just elaborate where she

24   was at, where you saw her?

25        A.    She was sitting in the right office

James Hughes
December 12, 2024

66

1    as you go in the front door of the PD.

2         Q.    Okay.  So is there like a lobby

3    area?

4         A.    Yes.

5         Q.    And a front counter?

6         A.    Yes.

7         Q.    And then there's, I guess, rooms

8    kind of off, away from the lobby?

9         A.    Correct.

10        Q.    And Ms. Smith was in an interview

11   room?

12        A.    Yes.

13        Q.    Did you go in there during the

14   interview room?

15        A.    Well, I stood at the door.

16        Q.    Did you go in there while she was

17   being interviewed?

18        A.    No.

19        Q.    Do you usually sit in when police

20   are doing their questioning, or would you wait

21   in the lobby?

22        A.    No, I never go in there when

23   they're interviewing, to interfere with their --

24        Q.    -- investigation?

25        A.    No.

James Hughes
December 12, 2024

```
 1          Q.      Okay.  Did you know any family of
 2    Ms. Smith?
 3          A.      I knew her aunt.
 4          Q.      How do you know that?  How do you
 5    know her aunt?
 6          A.      She rents a house from me.
 7          Q.      So you're also a landlord in
 8    addition to a jailer?
 9          A.      Yes.
10          Q.      Okay.  How long had you been
11    renting to her aunt?  I believe this happened in
12    2022.
13          A.      Seven, eight years, I'd say.
14          Q.      Prior to this?
15          A.      Yeah.
16          Q.      Did you know Crystal Smith through
17    that rental arrangement?
18          A.      I knew she was her niece, but I
19    didn't know her name.
20          Q.      Okay.  Is her aunt still your
21    tenant?
22          A.      Yeah.
23          Q.      So that would make it maybe like
24    ten years now?
25          A.      Roughly, maybe.  I can't put a time
```

James Hughes
December 12, 2024

68

```
 1   on it.  I don't have my notebook with me.
 2        Q.     That's fine.  But it's been a
 3   pretty long time?
 4        A.     Yes.
 5        Q.     You indicated you exited the PD
 6   with Ms. Smith, and she would have been
 7   handcuffed and shackled at that point.
 8              Right?
 9        A.     Correct.
10        Q.     Did anybody from the police
11   department exit with you?
12        A.     No.
13        Q.     And forgive me, I'm not from the
14   area, so I haven't been around Cadiz a whole
15   lot, but where is -- is it on Main Street?
16   Where is the PD?
17        A.     It's on the side street off of
18   Main.
19        Q.     Okay.  And is there street parking?
20   Does the police department have its own back
21   parking lot?
22        A.     They do, but they park out front
23   sometimes also.  There's room for about three
24   cars out front as well.
25        Q.     Okay.  Where did you park?
```

James Hughes
December 12, 2024

1       A.      Parallel with the street, right in

2   front of the PD.

3       Q.      Right in front of it?

4       A.      Yes.

5       Q.      And how long had you been at the

6   PD, do you think, before she was ready to be

7   handed over to you?

8       A.      I can't put a time on it.  Not over

9   five minutes.

10      Q.      You don't think you were there more

11  than five minutes?

12      A.      I don't think so.  I don't have a

13  time.  No way I can tell, but...

14      Q.      Were you aware that any of the

15  police officers had body camera on?

16      A.      No, I did not.

17      Q.      So you haven't --

18      A.      Didn't even think about it.

19      Q.      And you haven't seen that?

20      A.      No.

21      Q.      You indicated Aaron Acree, Sheriff

22  Acree, was there when you arrived?

23      A.      Yes.

24      Q.      Did he -- when did he leave?

25      A.      He left just before I did.

James Hughes
December 12, 2024

```
1        Q.      Okay.  Did you have any
2   conversation with him at the PD?
3        A.      Not until we went out in the
4   street.
5        Q.      Okay.  So he left before you.  And
6   did you say it was pretty -- pretty quick after
7   you left, or had there been a big gap?  Do you
8   recall?
9        A.      He left before I did, but it wasn't
10  a couple of minutes at the most, probably, when
11  I left.
12       Q.      Okay.  And you indicated he was
13  outside.  Where was he parked?
14       A.      He was parked across the street
15  from mine.  I was on one side of the street.  He
16  was on the other.
17       Q.      Is the parking across the street,
18  are they both parallel or do you pull in?
19       A.      No.  They're parallel.
20       Q.      On both sides?
21       A.      Both sides.
22       Q.      If you are going out the door, are
23  you like right in front of --
24       A.      Right in front.
25       Q.      You're right in front, and he's
```

James Hughes
December 12, 2024

71

1  right across?

2      A.      Correct.

3      Q.      Did Sheriff Acree come to you?

4      A.      Yes.  He come from across the

5  street.

6      Q.      Okay.  So did he meet you at your

7  doorside?

8      A.      No.  We was right in the street.  I

9  pulled -- put her in the passenger.  I went

10  around to the middle of the street.  That's when

11  he came out to the middle of the street to talk

12  to me.

13      Q.      I see.  So you were -- your

14  driver's side, then, was away from the sidewalk?

15      A.      Yes.

16      Q.      And you would have put her in on

17  the passenger's side back?

18      A.      Correct.

19      Q.      And then you walk around towards

20  the driver's --

21      A.      To get in, right.

22      Q.      And he meets you in the street next

23  to the car?

24      A.      Right in the street.

25      Q.      And I take it that you're on your

James Hughes
December 12, 2024

 1    side of the street; you didn't, like, meet him

 2    in the middle of the street.

 3           A.     In the middle of the street.

 4           Q.     Oh, you did?

 5           A.     He was across the street.  I came

 6    around the car out in the street, and he was --

 7           Q.     -- walking towards you?

 8           A.     Right.

 9           Q.     Okay.  Is that like a -- does that

10    street have a lane down the middle, a two-lane

11    road or?

12           A.     It's a two-lane.

13           Q.     Did he come across to your lane?

14           A.     Yes.

15           Q.     Okay.  It sounded to me, from your

16    testimony, that she made an alle -- you

17    interpreted it as an allegation when she asked

18    that question to you in the car?

19           A.     Yes.

20           Q.     When she was placed into the car,

21    you indicated she had a short-sleeved dress on.

22           A.     Yes.

23           Q.     And she looked fine to you?

24           A.     She looked fine.

25           Q.     Did you see any scab or marks on

James Hughes
December 12, 2024

 1  her arm?

 2       A.    No.

 3       Q.    Any bleeding?

 4       A.    No.

 5             MS. BLANKENSHIP:  Are you talking

 6  about at the sheriff's department?

 7             MR. WRIGHT:  Yes.  I'm sorry.  At

 8  the sheriff's department.

 9             THE WITNESS:  I'm assuming that's

10  what you were talking about.

11             MS. BLANKENSHIP:  I just wanted to

12  make the record clear, though.

13  BY MR. WRIGHT:

14       Q.    When you take her to the Christian

15  County Jail, did you notice any scabs, injuries,

16  or bleeding when you got her out of the car?

17       A.    No.

18       Q.    If somebody threatens a lawsuit or

19  makes an allegation, would you report it,

20  whether you knew it to be true or not, to give

21  the county a heads up?

22       A.    No.

23       Q.    You wouldn't -- if somebody made a

24  threat of a lawsuit, would you report that?

25       A.    Yes.

James Hughes
December 12, 2024

1          Q.      Whether you knew the lawsuit had

2     merit or not, you're going to update the county

3     judge executive?

4          A.      Yes.

5          Q.      Did you -- you indicated that you

6     talked to, I believe the judge executive and the

7     county attorney that day?

8          A.      Immediately when I got back to

9     town.

10         Q.      And then you indicated that you

11    think your next conversation was with a

12    Sandbrink?

13         A.      Correct.

14         Q.      And what was your estimate of how

15    long that was after this?

16         A.      Like I told her awhile ago, I can't

17    really say.  If my mind is right, I think it was

18    just before he got fired or right after he got

19    fired, maybe, from the sheriff's office.

20         Q.      Was he on suspension prior to his

21    firing; do you know?

22         A.      No, I don't think so.

23         Q.      Did he tell you where that

24    information came from that he brought up?

25         A.      I don't know how he heard it.  I

James Hughes
December 12, 2024

```
 1    can't really recall that.  I can't recall,
 2    really, how it got --
 3         Q.     How he became aware of it?
 4         A.     Yeah.  I can't really recall.
 5         Q.     Does the Justice Center have a
 6    holding cell?
 7         A.     Yes.
 8         Q.     Does that make it a better place to
 9    get --
10         A.     Yes.
11         Q.     -- inmates?
12         A.     They've got holding cells there.
13    Nobody else has holding cells.
14                MR. WRIGHT:  That's all the
15    questions I have.
16                MS. BLANKENSHIP:  I don't have any.
17                MS. SHREWSBURY:  I just have one or
18    two follow-ups.
19
20                     *     *     *
21                     EXAMINATION
22    BY MS. SHREWSBURY:
23         Q.     You were asked, if someone
24    threatens a lawsuit or makes an allegation of a
25    lawsuit, would you report it?  Do you recall
```

James Hughes
December 12, 2024

76

1    being asking something to that effect by

2    Mr. Wright?

3        A.    Yes.

4        Q.    And you said, yes, you would?

5        A.    Yes.

6        Q.    Did Crystal Smith, to the best of

7    your knowledge or recollection, ever say

8    anything to you about filing a lawsuit?

9        A.    No.

10        Q.    Not on that occasion or any

11    occasion?

12        A.    Not any occasion.

13        Q.    And you yourself did not call the

14    FBI or KSP?

15        A.    No, I did not call.

16        Q.    Do you know who did?

17        A.    I don't know.

18        Q.    You were interviewed, but you don't

19    know who made the call?

20        A.    I don't know who called them, no.

21        Q.    That's it, Mr. Hughes.  Thank you.

22            MR. WRIGHT:  That's all I've got.

23            MS. BLANKENSHIP:  Okay.  We're

24    done.

25

James Hughes
December 12, 2024

77

1                    *      *      *

2              (Witness excused.)

3                    *      *      *

```
1    COMMONWEALTH OF KENTUCKY)
                             ) SS:
2    COUNTY OF DAVIESS       )

3            I, Rhonda Simpson, Notary Public,

4    State-at-Large, do hereby certify that the

5    foregoing deposition was taken at the time and

6    place set forth in the caption thereof; that the

7    witness was duly sworn on oath to testify the

8    truth; that the proceeding was reported by me

9    stenographically; and that this is a true and

10   correct transcript to the best of my ability.

11           I further certify I'm not a relative

12   or employee of attorney or counsel of any of the

13   parties hereto, nor a relative or employee of

14   such attorney or counsel, nor do I have any

15   interest in the outcome or events of this

16   action.

17           WITNESS MY SIGNATURE this 6th day

18   of January, 2025.

19       My commission expires August 14, 2027

20

21           /s/Rhonda Simpson
             RHONDA SIMPSON, NOTARY PUBLIC
22           STATE-AT-LARGE
             COMMISSION NUMBER KYNP77743
23

24

25
```

**A**

**a.m** 6:6
**Aaron** 1:11 3:4
  23:22 69:21
**ability** 9:7 78:10
**able** 56:24
**abuse** 44:4
**Acree** 1:11 3:4
  23:22 24:10,14
  26:23 27:18,22
  28:1 29:17 31:17
  32:12 33:17 34:14
  35:7 36:20 38:22
  40:6 46:17 51:7
  52:2,7 54:17 55:18
  64:18 69:21,22
  71:3
**Acree's** 60:3
**act** 29:4
**action** 78:16
**active** 52:6
**adage** 61:8
**addition** 67:8
**additional** 15:1
  31:11 59:8
**address** 11:3
**adhere** 62:18
**advice** 48:16
**affiliation** 13:9
**affirmative** 7:20
**afternoon** 25:25
  26:1 31:16 34:5
  45:5
**age** 11:14
**agencies** 59:25
**agency** 31:13,14
**agent** 38:16 52:16
**ago** 7:16 74:16
**AL** 1:11
**Alexander** 45:10,11
  45:18,18 46:1
  47:17 48:2,10 49:1
  50:8 58:11 60:22
  62:1
**alle** 72:16
**allegation** 72:17
  73:19 75:24
**allowed** 44:4

**Amelia** 11:12
**answer** 8:9,15 39:4
  56:5 61:15
**answered** 41:22
  42:12 55:24
**answering** 8:4
**answers** 7:19
**anybody** 29:12
  33:16 43:3 46:15
  56:11 58:1,7 60:3
  68:10
**anymore** 13:4 17:16
  17:19 55:5
**anyways** 22:19
**Appearances** 2:2
  3:2 4:6
**appointed** 61:6
**approach** 48:8,25
  51:10
**approached** 48:9
**area** 7:23 66:3
  68:14
**areas** 14:2
**arm** 37:1 73:1
**arrangement** 67:17
**arrest** 33:8
**arrested** 15:8,15,18
  63:6
**arresting** 16:16
  22:13 29:24
**arrived** 65:15,20
  69:22
**ascertain** 40:8
**asked** 30:7,10 31:4
  31:10 34:22 37:22
  38:3,15 39:7,18,19
  39:24 42:12 48:18
  48:25 49:25 52:13
  59:8,12 72:17
  75:23
**asking** 8:3,14 39:11
  76:1
**asks** 31:18
**assistant** 59:16
**assume** 48:14
**assumed** 33:25
**assuming** 73:9
**attend** 11:22,25

**attention** 22:7 43:21
**attorney** 47:22
  48:13,15 74:7
  78:12,14
**August** 78:19
**aunt** 67:3,5,11,20
**automatically** 34:20
**aware** 30:25 54:16
  56:18 58:22,23,24
  60:14 69:14 75:3
**awhile** 74:16

**B**

**back** 10:3 12:16
  19:14 20:22 30:10
  31:4,10,12 45:2,5
  45:16 60:21 63:21
  64:4 68:20 71:17
  74:8
**background** 9:11
**Baptist** 12:1
**bar** 18:8
**BARKER** 3:7
**based** 17:9 38:20
**basically** 40:8
**beat** 37:25 38:17
  39:22 41:23 42:1,4
  42:17 43:2 44:18
  45:23
**beginning** 6:6
**belief** 60:25
**believe** 27:2 55:16
  55:25 56:11,14
  58:18 59:4 64:25
  65:19 67:11 74:6
**belly** 28:6 29:9
  43:11
**best** 55:2 76:6 78:10
**better** 75:8
**big** 70:7
**bit** 59:20 64:22
**Blankenship** 2:16
  2:17 10:10,13
  19:24 36:4,6 38:11
  48:12,19 55:21
  56:3 61:13 73:5,11
  75:16 76:23
**bleeding** 73:3,16

**body** 69:15
**booked** 44:23
**booking** 41:21
**Born** 9:15
**boss** 61:23
**bother** 57:21,22
**bounce** 64:21
**Bowling** 14:12
**Braboy** 47:25 48:3
  49:6
**break** 8:7,11,21
  56:15 63:12 64:4
**bring** 31:4,18 35:8
**broke** 12:11
**brought** 28:4 33:10
  54:5 74:24
**business** 12:9

**C**

**Cadiz** 11:5 65:1,20
  68:14
**call** 16:18,19,21
  21:4 22:14 23:9
  76:13,15,19
**called** 7:4 15:7 26:3
  26:8 52:16 76:20
**calls** 16:20 22:22
  23:4,12
**camera** 33:13 69:15
**caption** 78:6
**car** 29:10,13 31:21
  31:24 32:1,13
  34:13 35:11 37:6,7
  37:8,9,12,13,15
  38:23,23 46:17
  71:23 72:6,18,20
  73:16
**care** 21:19 30:16
  43:15,25 44:5
**career** 22:15 38:7
**cars** 34:9 68:24
**case** 1:3 45:24 64:19
  65:1,12
**CB** 10:9,13
**cell** 75:6
**cells** 75:12,13
**Center** 15:20,21
  16:11 17:10,23

24:22 25:1,2,6
53:25 75:5
**certain** 21:23
**Certificate** 4:14
**certify** 78:4,11
**Chad** 15:24
**chain** 28:6 29:9
43:11
**chair** 28:5
**changed** 10:14
**charge** 30:14,20
43:16 47:13 61:5
62:1
**charged** 54:17
**charges** 55:17
**check** 35:8
**chilly** 33:1
**choice** 12:25
**Christian** 18:6,9
19:8 20:12 37:22
41:7,12 57:3 73:14
**church** 11:23,25
12:1
**circuit** 58:3
**citation** 40:12
**clarify** 38:11 64:23
**clarifying** 17:4
**classroom** 14:17
**Classrooms** 14:18
**clear** 73:12
**clerk** 58:3
**close** 50:21
**closed** 31:21
**closer** 22:2
**clue** 39:14 40:13
**coat** 32:19
**cold** 32:25 33:2
**come** 17:6 18:17
26:8 30:10 33:22
35:21 37:18 59:8
61:3 71:3,4 72:13
**coming** 22:18
**Commerce** 2:8 6:7
**commission** 78:19
78:22
**committed** 40:10
**common** 7:21
**COMMONWEA...**

78:1
**community** 12:3
**Comp** 63:9
**completely** 16:1
**compliant** 29:6
**concern** 59:1
**concludes** 64:10
**conference** 8:21
**consequences** 56:15
**CONTINUED** 64:1
**control** 21:20 30:17
43:15
**conversation** 25:8
46:11 47:16 48:10
48:21 60:22 70:2
74:11
**conversations** 47:18
47:21 57:14
**correct** 30:18 31:20
42:24 43:13 44:6,8
44:10,12 53:9 57:9
59:13 66:9 68:9
71:2,18 74:13
78:10
**counsel** 2:4,14 3:4
7:6 8:22 78:12,14
**counter** 66:5
**county** 2:14,14 9:14
11:16 18:7,9 19:9
20:13 23:22 37:22
41:7,13 47:13,22
48:13,14,15 50:11
52:2,6 57:3 61:5
62:2,22 73:15,21
74:2,7 78:2
**county's** 62:15
**County-wide** 62:12
**couple** 7:15 29:20
35:4 70:10
**course** 23:21 25:12
**court** 1:1,24 2:14
4:14 14:2
**creating** 43:3
**crime** 30:2 40:9
**criminal** 15:25
54:17
**crossways** 35:17
36:10

**Crown** 27:8,10
**crying** 29:1 40:4
**Crystal** 1:5 7:5
25:15 26:7 27:17
27:25 33:10 44:17
45:22 51:11 52:5
52:12,23 64:7
65:16,21 67:16
76:6
**cuffed** 20:21 29:9
**curious** 13:7
**currently** 51:24
**custody** 21:19 30:17
44:5

**D**
**dabbled** 15:25
**date** 1:16 17:20,22
53:14
**DAVIESS** 78:2
**Dawn** 1:5 7:5
**day** 6:5 19:20 33:17
58:12 74:7 78:17
**day-to-day** 16:3
**daylight** 41:11
**deal** 31:1
**December** 1:16 6:6
**decide** 12:10
**decided** 53:23 54:8
**Defendant** 3:4
64:18
**DEFENDANTS**
1:11 2:14
**demeanor** 28:23,25
**Democrat** 12:22
13:3
**Democrats** 13:8
**department** 23:13
24:21,21 31:19
32:4,10 33:6,18
40:20 41:3 51:5
53:8,22 54:3,12,13
62:20 65:2,20
68:11,20 73:6,8
**depending** 21:24
**DEPONENT** 1:15
**deposed** 7:7
**deposition** 6:4,8

7:16 8:1,2 9:4
62:25 78:5
**deputies** 22:23 26:2
**deputy** 50:24 51:1
**Derrick** 3:6 64:18
**describe** 23:24 36:6
**described** 38:15
**Despite** 15:24
**detain** 43:4
**detainee** 18:2 20:12
30:13,14,19,21
38:15 43:15
**detainees** 21:19
43:19 60:5
**different** 14:2,9
20:25 24:4,8,8,18
31:14
**differently** 24:15
**difficult** 37:2 43:6
**directly** 22:23,24
59:19
**disability** 19:4
**discuss** 51:10
**discussed** 52:4
57:11,12 58:1,4
**discussing** 28:15
57:14
**discussion** 50:4
**dispatch** 16:19,20
16:22 18:12 23:3
23:10 26:3
**DISTRICT** 1:1,1
**DIVISION** 1:2
**doing** 24:11 57:8
59:24 66:20
**door** 32:11,13 33:9
34:17,20 35:10,12
35:13,14,18,22
36:10,14,16,20,22
37:13 39:15 66:1
66:15 70:22
**doors** 31:21 33:13
**doorside** 71:7
**drafted** 9:22 10:6
**dress** 32:18,21,22
32:24 72:21
**drinking** 15:10
**driver's** 29:15 71:14

71:20
**driving** 27:7
**drugs** 15:10 22:6
**due** 12:16
**duly** 7:6 78:7
**Duncan** 26:20 27:18
  28:1
**duty** 49:3 60:24
**dwright@sturgill...**
  3:12

_____

**E**

**earlier** 17:9 22:5
  24:19 43:5
**early** 11:1
**Economy** 10:9,11
  10:12,16
**Eddyville** 2:9 6:8
**education** 9:20,23
**effect** 50:17 76:1
**effectively** 12:8
**eight** 67:13
**either** 45:2 60:4
**elaborate** 65:23
**elected** 14:4
**election** 13:2
**email** 2:11,22 3:12
**employee** 48:14
  62:10,22 78:12,13
**employment** 62:19
**enforcement** 30:19
  38:16
**engage** 14:25
**entered** 5:6
**entire** 38:7
**Esq** 2:6,16 3:6
**ESQUIRE** 2:7
**estimate** 74:14
**ET** 1:11
**event** 50:20 64:7
**events** 31:1 78:15
**everybody** 25:5
  51:16
**exact** 50:18
**exactly** 18:14 41:8
  46:12 65:10
**Examination** 4:10
  4:11,12 7:10 64:1

64:14 75:21
**examined** 7:7
**excused** 77:2
**executive** 45:12,14
  74:3,6
**exhibits** 4:8 5:2,6
**exit** 68:11
**exited** 68:5
**expectation** 58:24
**expires** 78:19
**explain** 55:1
**extremely** 33:2
**eye** 15:11 22:2

_____

**F**

**face** 25:21
**fact** 13:17
**fair** 7:24 8:24 23:1
  24:12 25:16 29:23
  44:3 56:7 61:1
  62:17
**fall** 35:17,19,20,21
  62:14
**family** 67:1
**far** 32:4,7 38:21
**fashion** 49:1
**FBI** 52:16 59:12
  76:14
**feel** 8:20 29:21 47:9
  47:12 49:3 54:22
  57:22
**feelings** 54:23,24
  55:8
**feet** 19:3 20:21 29:9
  36:9 43:11
**fell** 36:10
**felt** 28:8 47:14 54:4
  60:24 61:21
**female** 19:5
**figure** 13:15
**file** 63:9
**filed** 55:17
**filing** 76:8
**find** 35:1
**fine** 40:3,5 41:14
  68:2 72:23,24
**Finish** 63:15
**finished** 63:13

**fired** 74:18,19
**firing** 74:21
**first** 7:6 9:4 12:13
  12:25 14:3,4,22
  39:18,19 53:16
  62:24
**FISCAL** 2:14
**five** 36:8 69:9,11
**fixing** 29:16
**floor** 38:22
**follow-ups** 75:18
**follows** 7:7
**footage** 33:13
**force** 21:14
**foregoing** 78:5
**forgive** 15:23 68:13
**form** 39:2 40:22
  44:19 55:20,21
  56:2,3 61:12,13
**forth** 78:6
**Forty-one** 10:19
**Four** 23:17
**Fourth** 2:18
**friend** 13:13
**friendly** 51:21
**friends** 7:21
**front** 36:14 66:1,5
  68:22,24 69:2,3
  70:23,24,25
**fucking** 37:19
**full** 9:2
**further** 78:11

_____

**G**

**gap** 70:7
**generally** 14:25
  21:17
**generation** 24:8
**getting** 20:1 36:22
  38:23 48:15
**give** 59:8 73:20
**given** 48:12
**glass** 35:23 36:6
**go** 13:17 14:4 15:17
  15:18 16:6,18 18:1
  18:5,6,19 23:3
  28:7 33:9,22 35:8
  41:13 42:10 44:24

45:1 59:22 60:21
  63:17 66:1,13,16
  66:22
**Godair** 33:21
**going** 8:2,3,4 9:10
  18:14 19:7,8,8,14
  21:13 34:7 46:17
  48:20 53:16 55:4
  62:2 63:16 64:21
  70:22 74:2
**good** 7:12,14 23:19
  23:20
**gosh** 50:5
**graduate** 9:17
**great** 20:6
**Green** 14:12
**grocery** 10:4 12:9
  25:21
**ground** 36:11,14
  43:6
**Grove** 11:5 12:1
**guess** 52:14 66:7
**guessing** 18:25
**guy** 18:13
**guys** 8:23 11:13

_____

**H**

**Hamby** 33:21
**hand** 20:21 41:17
**handbook** 62:5,19
**handcuff** 65:4
**handcuffed** 19:1,2
  65:8 68:7
**handcuffs** 28:6 29:8
  41:19
**handed** 69:7
**handle** 14:1 15:4,6
  21:24
**handling** 60:3
**hands** 19:3 43:11
**happen** 8:16 25:7
  61:19
**happened** 26:5
  32:10 34:21 35:3,9
  37:20 38:6,13
  39:12 42:2 46:19
  54:19 55:14 59:21
  61:17 65:11 67:11

happening 34:25
happens 28:2 34:16
    44:24
head 29:16
heads 73:21
hear 37:14
heard 46:3,5,13,14
    46:17,23 47:1,3
    55:3 58:12,15,16
    59:3 60:2,6,16
    74:25
help 29:9 37:7
helped 34:12 37:2
helpful 16:5
hereto 78:13
high 9:17,21
hired 61:6
holding 75:6,12,13
hollering 46:17
Hollis 45:10,11
    58:10
home 45:1
hook 15:8
hooked 28:5
hospital 16:10,14
    17:25 18:17 25:6
    53:22,24,25 54:2,7
hospitalized 15:13
hours 13:22,23
    14:20,23
house 12:23 37:18
    40:7,13 67:6
Hughes 1:15 6:4 7:4
    7:13 9:3,11 11:4
    63:13 64:3,16
    76:21
Humphries 45:15
HUTCHINS 2:17

I

IGA 10:15
ignorant 16:1
immediately 9:22
    36:21 49:9,10 74:8
Impala 27:10
impression 42:11
impressions 39:12
in-person 14:5,13

in-service 14:13
Inaudible 36:2
inches 36:8
incident 38:14,21
    47:19 50:3 51:11
    51:11 52:5,12 53:6
    57:1,15,22 58:2
    59:18
included 15:4
includes 13:25 21:9
Index 4:2,7
indicated 64:25
    65:15 68:5 69:21
    70:12 72:21 74:5
    74:10
indicted 55:3,12
individual 46:6,8,18
    49:20
individuals 14:14
    44:4 53:3 59:15
influence 22:2 43:19
information 74:24
inhibit 9:7
initially 58:10
injuries 73:15
inmates 14:1 15:4,6
    60:4 75:11
inside 27:14,15
    41:18
instance 16:13
instructors 14:15
intend 57:6
interaction 31:22
interest 78:15
interfere 66:23
interpreted 72:17
interview 66:10,14
interviewed 66:17
    76:18
interviewing 16:8
    66:23
investigation 40:24
    50:7,12 66:24
involved 12:2 20:11
involves 25:15
issue 15:9 16:9
issues 12:16

J

jail 18:7,9,10 19:12
    20:13,14 37:22
    38:2 41:18 44:22
    45:23 57:3 62:4
    65:9,16 73:15
jailer 2:14 12:15,17
    12:24 13:1,13
    19:14 22:16 23:8
    38:7 67:8
jailers 16:2 59:16
    59:16
James 1:15 6:4 7:4
    9:3 29:19 34:18
January 27:1 31:17
    41:2 58:13 78:18
Jo 11:12
job 12:13,14 14:3
    14:22 19:23 24:1
    24:11,15 27:3 44:1
    56:10 57:8 61:7
judge 25:4 45:9,12
    45:14 53:10,20
    54:5 74:3,6
judge's 45:7,17
Justice 15:20,21
    16:11 17:10,23,24
    24:22 25:1,2,6
    53:25 75:5

K

keep 15:11 22:2,10
KELLY 2:17
Kentucky 1:1,24,25
    2:9,20 3:10 6:8
    11:6 14:12 51:19
    52:15 78:1
KEULER 2:17
kids 11:13
kill 37:19
kind 14:17 15:4
    20:24 27:6 66:8
knew 12:15 25:19
    25:21 46:20 61:20
    67:3,18 73:20 74:1
know 7:22,22 8:8,22
    10:24 12:18 13:8
    13:13 15:13 16:17

18:4,14 20:11
    22:18 23:2 25:18
    25:20 27:19 30:1
    30:11,20 31:2
    33:12,16 37:24
    39:10 40:7,24 41:4
    41:8 42:1 45:24
    46:14,16,18,18
    47:3 49:18 50:7,11
    51:18 52:9 55:1
    57:10,13 58:21,22
    61:2,4,16 67:1,4,5
    67:16,19 74:21,25
    76:16,17,19,20
knowledge 76:7
known 40:20
KSP 59:12 76:14
KYNP77743 78:22

L

ladies 33:19
landlord 67:7
lane 1:24 72:10,13
launched 50:8,12
law 6:7,10 14:1
    15:25 21:15 30:19
    38:16 56:12,15
laws 21:9,18 30:25
lawsuit 56:18 73:18
    73:24 74:1 75:24
    75:25 76:8
lawyer 21:13 57:12
learn 12:21 19:6,9
    42:7
learned 19:23
leave 44:25 69:24
left 69:25 70:5,7,9
    70:11
legal 48:16
Lexington 3:10
life 12:14
light 41:10
limited 53:24 54:9
Linsey 2:6,7
linsey@mlslawgr...
    2:11
Lisa 58:6
litigation 52:6 63:3

**little** 24:18 39:15 46:3 59:20 64:21
**live** 11:16,18
**lives** 11:20,21
**lobby** 66:2,8,21
**local** 10:4
**location** 17:7 18:1 54:5,9
**locations** 54:10
**locked** 36:18
**locks** 34:20
**lodge** 48:20
**long** 9:24 10:18 35:5 36:19 48:1 50:2 51:2 67:10 68:3 69:5 74:15
**long-sleeved** 32:21
**longer** 53:7,21
**look** 58:25
**looked** 40:1,3,4,12 61:1 72:23,24
**looking** 58:19
**looks** 16:3
**lost** 60:15
**lot** 12:4 13:7,8 28:14 34:10 64:22 68:15,21
**LOUISVILLE** 1:25

**M**

**Main** 68:15,18
**making** 41:25
**MALONEY** 3:7
**man** 61:21,22
**manager** 10:22
**manual** 62:20
**manuals** 62:10
**Maple** 11:5
**Marilyn** 2:6,7 6:7
**marks** 72:25
**mean** 19:13 21:22 21:25 24:3,6 35:8 40:4 42:3 61:22
**meant** 18:25 38:12 42:11
**medical** 16:9 22:7 43:21
**medication** 9:6

**meet** 7:15 52:16,17 71:6 72:1
**meeting** 53:11,13,18 53:19,23
**meets** 71:22
**mentioned** 21:8 22:5 23:2 24:19 40:17 43:5,10,18 53:6
**merit** 74:2
**met** 64:16
**mid-afternoon** 34:8 41:9
**middle** 11:21 71:10 71:11 72:2,3,10
**mile** 1:24 32:6
**mind** 74:17
**mine** 70:15
**minute** 34:19 63:16
**minutes** 28:3 35:5 48:4 69:9,11 70:10
**mixed** 54:24 55:8
**months** 21:7 50:22
**morning** 7:12,14 33:1
**move** 8:10
**multiple** 59:24,25

**N**

**name** 9:2 10:7,8,15 11:11 25:20,22 49:20 58:5,9 67:19
**named** 56:17
**names** 33:20 60:8,9 60:10
**Narcan** 22:10
**need** 8:7,11,20 15:12 16:17 17:6 18:12 22:7 23:3 29:20 43:21 53:23 54:6
**needed** 47:14 54:5,9
**never** 15:24 17:15 17:17 20:17,18,19 40:14 59:8 63:8 66:22
**new** 60:7
**niece** 67:18

**night** 25:23,25 45:4
**nodding** 56:23,24
**nods** 56:20
**normal** 29:21 33:3 34:3
**normally** 17:10 28:12
**Notary** 78:3,21
**notebook** 68:1
**notes** 63:17 64:5
**notice** 6:5 37:4 73:15
**November** 13:1
**number** 54:10 61:21 61:22 78:22

**O**

**Oak** 12:1
**oath** 78:7
**Object** 39:2 40:22 44:19 55:20,21 56:2,3 61:12,13
**objection** 48:20
**obligation** 47:10
**observations** 38:21 58:11
**observed** 24:11 46:23
**obviously** 56:17
**occasion** 31:16 60:18 76:10,11,12
**occasionally** 20:16 33:5
**occasions** 31:9
**occur** 53:13
**occurred** 31:22 39:1 50:3 57:2
**odd** 35:1
**office** 8:23 13:9 16:7 17:14,14,15,21 29:19 30:5 32:5 33:19 45:2,5,8,17 46:7 48:6 56:1 58:20 65:13,25 74:19
**officer** 16:16 18:20 22:13 26:9,12,15 51:19

**officers** 22:22 29:24 40:16 69:15
**offices** 6:7
**Oh** 13:11 19:20 50:5 55:13 72:4
**okay** 8:12,25 9:12 12:12 16:6 17:2 18:12 19:2,13,17 19:21 22:14 26:2 35:25 37:23 38:4 39:7,17,20,24,24 40:2 48:5,8 54:7 60:23 63:17,18 64:23,24 66:2 67:1 67:10,20 68:19,25 70:1,5,12 71:6 72:9,15 76:23
**old** 61:8
**older** 24:7
**on-the-job** 19:22 20:7,9
**once** 16:21 31:6 34:24 37:15 43:14
**one's** 21:1,1,2
**online** 14:5
**open** 36:16,20
**opened** 34:17 35:10 36:22 37:13
**opportunity** 59:14 64:8
**ordinary** 28:20
**organizations** 12:3
**ourself** 21:6
**outcome** 78:15
**outside** 27:14 33:13 34:22 41:10 70:13
**overall** 23:18
**owned** 10:16

**P**

**p.m** 34:6
**Paducah** 1:2 2:20
**PAGE** 4:4 5:4
**paper** 56:24
**paperwork** 28:7 30:10
**parallel** 69:1 70:18 70:19

James Hughes
December 12, 2024

84

**Pardon** 26:11 28:10 61:10
**park** 68:22,25
**parked** 29:18 70:13 70:14
**parking** 34:9 68:19 68:21 70:17
**part** 11:1,18 15:3 24:11 54:19
**parties** 78:13
**party** 13:9 56:18 63:2
**passed** 59:3
**passenger** 71:9
**passenger's** 71:17
**PD** 16:7 18:17 23:14 26:4,6 54:13 66:1 68:5,16 69:2,6 70:2
**PD's** 17:14,21 32:5
**people** 7:22 13:7,8 21:4,24 53:21 56:14 58:8 60:6,7 60:9,10,11
**perfect** 24:1,2
**permitted** 6:9
**person** 17:7 26:7 46:14 49:15
**personnel** 41:18 44:23
**pick** 15:14 16:7,10 16:18,22,25 17:6 18:2,19 23:3 24:20 30:10 33:5 53:7,24
**picked** 22:3 24:23 25:5 31:13 62:8,9 65:1
**picking** 19:7 23:9 27:20 53:21
**place** 14:9 20:21 75:8 78:6
**placed** 72:20
**places** 20:16
**Plaintiff** 1:5 2:4 7:5
**PLLC** 3:7
**point** 8:6,20 21:21 35:9 36:17 68:7
**police** 15:18 16:12

18:20 22:22 24:21 28:14 51:4,19 52:15 54:13 65:2 65:20 66:19 68:10 68:20 69:15
**policies** 30:25 62:4 62:11,18
**poorly** 8:16
**position** 38:10 42:15,16 43:14
**practice** 65:7
**pregnant** 19:5
**present** 26:19
**presented** 28:25
**pretty** 32:23 33:1,15 37:2 57:18 68:3 70:6,6
**previously** 64:17
**prior** 24:10 33:5 60:15,17 67:14 74:20
**prisoner** 23:9 31:4
**prisoners** 31:10 33:6 57:4 60:5
**privacy** 8:23
**probably** 11:1 40:23 50:6 53:23 54:6,9 55:14 70:10
**problem** 43:3
**procedures** 1:4 30:25 62:5,11,19
**proceeding** 78:8
**PROCEEDINGS** 7:2
**prosecutor** 15:24
**PSC** 2:7
**Public** 78:3,21
**pull** 70:18
**pulled** 32:11 34:19 40:11 71:9
**purposes** 6:9 31:5 48:15
**pursuant** 6:5
**pursue** 9:20
**purview** 62:15
**push** 44:11
**put** 8:10 25:22 37:8 37:13 41:20 53:14

67:25 69:8 71:9,16
**putting** 38:23

## Q

**question** 8:9,13 17:2 22:25 30:12 39:5 41:22 42:12 42:13 48:24 64:5 65:18 72:18
**questioned** 59:19
**questioning** 31:5,11 31:12 66:20
**questions** 8:3,15 21:13 29:20 38:25 52:13,19 64:22 75:15
**quick** 70:6

## R

**raised** 9:15
**ran** 12:25
**Randy** 47:25 48:1
**Ray** 47:24
**ready** 28:7 41:21 63:15 69:6
**real** 23:20 27:10
**really** 15:25 25:19 31:15 35:2,5 51:13 51:13 52:9 58:21 61:20 74:17 75:1,2 75:4
**reason** 25:12
**reasons** 44:16
**recall** 7:18 25:24 26:25 28:22 31:7,8 31:15 32:17,22,23 34:24 39:6 49:19 50:18 51:12,13,15 58:9 70:8 75:1,1,4 75:25
**receive** 22:22
**received** 23:8
**recollection** 76:7
**record** 5:6 8:10 9:2 36:3,7 38:12 63:21 63:21 64:17 73:12
**referring** 25:12
**rehab** 20:16,17,18
**related** 21:18

**relationship** 23:19 23:25 51:22
**relative** 78:11,13
**relevant** 21:9
**remember** 9:8 26:18 45:4 65:17
**removed** 50:20 56:1
**rental** 67:17
**renting** 67:11
**rents** 67:6
**Repeat** 65:18
**rephrase** 8:14
**report** 47:10 49:4 50:9 60:25 61:19 73:19,24 75:25
**reported** 47:15 58:11 78:8
**REPORTER** 1:18
**Reporter's** 4:14
**REPORTING** 1:24
**represent** 64:18
**required** 13:21 14:19
**reside** 11:9
**resolved** 59:5
**respond** 46:1
**rest** 24:5
**restate** 8:14
**resting** 43:16
**retire** 12:16
**retired** 12:9 51:3
**reviewed** 64:4
**Rhonda** 1:18 78:3 78:21
**ride** 20:11
**ride-alongs** 19:18
**riding** 21:7
**right** 7:12,25 8:11 8:18 9:1 13:6,6 15:18 17:8 18:3,10 18:16,21,22 19:16 20:5,16 21:10,11 21:16 22:8,9,17,20 23:5,6,23 24:17,25 25:17 27:4 30:6 34:15 37:25 38:17 39:8,21 41:23 42:4 42:6,8,17,18,21,23

James Hughes
December 12, 2024

85

43:1,2,8,12,22,23
44:2,18,20 46:20
49:13 54:15 55:17
55:23 56:9,21 57:9
58:9 62:21,23 64:3
64:16,20 65:3,25
68:8 69:1,3 70:23
70:24,25 71:1,8,21
71:24 72:8 74:17
74:18
**road** 11:5 41:7
62:20 72:11
**room** 41:20 66:11
66:14 68:23
**rooms** 66:7
**Rotary** 12:5
**rough** 36:25
**roughed** 60:7,10,11
**Roughly** 67:25
**rude** 56:25
**rules** 30:24
**run** 12:17,24 26:3
28:9 29:19
**runs** 28:12

**S**

**s/Rhonda** 78:21
**Sandbrink** 49:21
50:3,15,23 51:9,10
51:18 74:12
**saw** 8:1 35:17,19,20
35:22 36:11,13
65:24
**saying** 38:24 39:6
42:19,19,22
**says** 16:22
**sblankenship@k...**
2:22
**scab** 72:25
**scabs** 73:15
**scene** 15:17
**school** 9:17,21
**seat** 29:16
**seated** 27:16
**second** 34:18 38:4
**sedan** 21:1
**sedans** 27:12
**see** 15:9 33:24 34:9

35:13,16,21,21
39:15 46:16 56:23
56:24 61:9,11
71:13 72:25
**seek** 8:21
**seen** 29:24 69:19
**seldom** 16:6
**seldomly** 17:12
**separate** 41:20
**September** 60:14
**serve** 9:25
**service** 10:2,3
**set** 8:22 78:6
**setting** 14:17
**Seven** 67:13
**shackle** 15:9 28:6
65:4
**shackled** 18:25 43:7
65:8 68:7
**shackles** 37:3 41:19
**sheriff** 23:21 24:10
25:4 26:21,22,23
28:15 29:17 32:12
33:17 34:13 35:7
36:19,20 38:22
40:6 45:23 50:25
51:1,4,7 52:2,7
53:11 54:16 55:4,5
55:12,18 60:3
69:21 71:3
**sheriff's** 16:7 17:14
17:15 22:23 23:13
23:15 24:20 30:4
31:18 32:4,9 33:6
33:18 40:20 41:3
46:6 53:8,22 54:3
54:12 65:12 73:6,8
74:19
**sheriffs** 22:23 24:9
**shop** 25:20
**short** 32:24 63:12
64:4
**short-sleeved** 32:22
72:21
**show** 27:3
**showed** 27:13
**Shrewbury** 4:10
**Shrewsbury** 2:6,7

4:12 6:7 7:11
10:17 20:4 36:12
38:14,19 39:3 41:1
44:21 48:17,22,23
55:22 56:4 61:14
64:2,10 75:17,22
**side** 32:11 33:9
68:17 70:15 71:14
71:17 72:1
**sides** 70:20,21
**sidewalk** 71:14
**SIGLER** 2:17
**SIGNATURE**
78:17
**similar** 7:22 8:2
28:11 48:9 49:1
**Simpson** 1:18 78:3
78:21,21
**single** 18:8,15 19:7
**sit** 28:5 35:11 38:9
66:19
**sitting** 27:17,25
65:25
**situation** 15:11
21:24 22:13 25:9
25:11 28:16 40:1
47:14 49:7,16,24
52:9 55:14 59:21
**six** 1:24 21:7
**sleeveless** 32:24
**Smith** 1:5 7:5 25:15
25:18 26:7 27:17
27:20 32:2 34:12
45:23 51:11 52:5
52:12,23 54:20
57:1 60:4,14,17
64:7 65:1,16,21
66:10 67:2,16 68:6
76:6
**Smith's** 7:16 8:1
28:22 53:5
**somebody** 16:18,22
18:18,20 19:10
23:3 43:6 45:24
73:18,23
**somewhat** 24:16
56:16
**son** 11:20 60:15

**sorry** 20:3 36:5
56:23 73:7
**sort** 11:23 12:11
30:22 61:23
**sounded** 72:15
**South** 2:18
**sparked** 25:7
**speak** 19:12 22:3
62:20
**speaking** 21:17
**special** 13:2
**specialty** 16:1
**specific** 31:1
**spoken** 49:16
**spouse** 11:7,9
**spouse's** 11:11
**SS** 78:1
**Stacey** 2:16
**stacks** 19:15
**staff** 34:3
**Stan** 45:15
**standing** 27:16
32:12
**started** 37:21
**state** 9:1 11:19 51:3
51:19 52:15
**State-at-Large** 78:4
78:22
**stated** 8:16
**statement** 41:25
**statements** 21:14
59:9,12
**STATES** 1:1
**station** 15:19
**stay** 65:8
**stenographically**
78:9
**step** 58:22
**steps** 48:7
**Stipulations** 4:9 6:2
**stood** 35:12,13
66:15
**stop** 54:7 57:2
**stopped** 65:12
**stops** 59:25
**store** 10:5,7,8,22
12:9 25:21
**stores** 10:23

James Hughes
December 12, 2024

**straight** 48:6
**street** 2:8,18 3:8 6:8
  29:18,18 31:17
  68:15,17,19 69:1
  70:4,14,15,17 71:5
  71:8,10,11,22,24
  72:1,2,3,5,6,10
**strictly** 61:4
**strike** 44:7
**STURGILL** 3:7
**subjects** 52:24
**sudden** 36:1 52:14
**suffer** 56:15
**suing** 52:1
**Suite** 2:19 3:9
**suppose** 9:24
**supposed** 15:5
  16:23 18:5 44:13
**sure** 15:12 18:24
  19:24 22:7 23:1
  27:11 32:23 33:15
  43:20,25 48:22
  50:6 57:12
**suspension** 74:20
**SUV** 21:1
**switched** 13:9
**sworn** 7:6 78:7

**T**

**T** 3:6
**take** 8:7,11 12:20
  13:14,22,22 16:23
  17:1 20:15,17,18
  31:12,13 34:19
  44:23 63:12,16
  71:25 73:14
**taken** 6:5,9 40:19
  43:25 65:8 78:5
**talk** 13:24 19:25
  28:17 32:2 45:18
  45:21 47:6 48:2
  49:7,23 57:15
  59:15 71:11
**talked** 48:14 49:11
  50:15 53:3,20 54:1
  57:10 58:2 74:6
**talking** 20:1 27:18
  28:1 29:24 48:2

49:6,20 52:11 53:5
  73:5,10
**tall** 35:24 36:7,9
**TAYLOR** 1:24
**Telephone** 2:10,21
  3:11
**tell** 13:20 15:5 16:23
  16:25 17:1 18:13
  18:16 19:10 21:22
  25:23 26:1,18
  35:22 47:21 53:1
  53:18 54:3,25
  57:18 59:23 60:6
  69:13 74:23
**telling** 53:2
**ten** 67:24
**tenant** 67:21
**Tennessee** 11:20,21
**testified** 38:24 40:8
  65:19
**testify** 9:8 78:7
**testimony** 72:16
**Thank** 10:2 17:4
  76:21
**thereof** 78:6
**thing** 51:16 52:25
  55:17
**things** 22:10 54:14
  61:19 64:23
**think** 11:2 17:13
  24:17 31:2 32:3
  33:14,21,22 37:12
  38:5 39:1,19 40:2
  42:4,8 46:15 48:12
  48:19 50:25 52:8
  55:11,13 58:3,7
  59:20 63:8,13 69:6
  69:10,12,18 74:11
  74:17,22
**thinking** 31:6
**Thomas** 26:20
  27:18 58:6
**thought** 29:22 40:24
  59:2
**threat** 73:24
**threatens** 73:18
  75:24
**threats** 44:14

**three** 20:25 22:19
  24:24 26:16 68:23
**throw** 44:9
**till** 28:4
**time** 8:6,17,17,20
  8:20 12:10,14,15
  12:22 13:10 18:8
  18:15,19 19:7
  22:12,21 26:10,13
  26:22 28:8,17
  29:22 30:5 31:4
  32:3,15 33:7,10,14
  33:23 34:3 35:1
  36:23 38:4 39:8
  41:3,4,5,6 42:16
  45:17 49:12 50:18
  50:24 51:6 52:4,8
  52:12 59:3,7,11
  60:13 67:25 68:3
  69:8,13 78:5
**times** 21:6 23:14,14
  28:14 30:9 31:9
**today** 8:20 9:7
  25:13 38:9 42:15
  53:2 57:14 58:1
  64:8
**today's** 17:20,22
**told** 12:15 28:4 40:6
  40:14 44:17 45:22
  46:12,13,20,25
  47:22 51:16,16
  53:2,21 57:19
  58:17 59:21 60:10
  61:18 74:16
**Totally** 23:1
**town** 74:9
**trained** 21:18
**training** 12:21
  13:15,18,20,22,24
  14:5,6,7,14 15:1,3
  19:9,22 20:7,10
  21:9
**transcript** 78:10
**transport** 22:24
  31:10,11 53:7
  60:18
**transported** 60:13
**transporting** 57:3

60:17
**Trigg** 2:14,14 9:14
  11:16 23:22 52:2
**trouble** 19:25
**true** 52:1 73:20 78:9
**truth** 78:8
**truthfully** 9:8
**try** 36:16
**TURNER** 3:7
**twice** 31:6 34:24
  38:3
**two** 10:1,23 21:4,7
  22:19 26:16 28:16
  31:9 33:23 36:8
  48:4 54:13 75:18
**two-lane** 72:10,12
**Tyler** 26:20 27:18
**type** 31:1 52:19

**U**

**ugly** 29:2
**Uh-huh** 7:19
**ultimately** 61:25
**uncomfortable** 8:8
  57:23
**understand** 8:4,13
  21:12 22:25
**understanding**
  58:25 62:1
**understood** 39:4
  56:5 61:15
**UNITED** 1:1
**unnecessary** 54:14
**update** 74:2
**use** 18:11
**usually** 66:19

**V**

**v** 1:8
**van** 21:2
**vehicle** 20:22,24
  27:6 41:15
**vehicles** 21:1
**Vic** 27:8,10
**victim** 40:9
**video** 33:12
**Vine** 3:8
**violations** 54:17

James Hughes
December 12, 2024

87

**W**

wait 34:18,22 35:11
  66:20
waiting 27:14
walk 16:4 34:13
  71:19
walked 32:13 58:19
walking 37:11 72:7
want 8:15 12:24
  13:5 30:11 54:2
  56:25 57:13 59:22
  59:24 60:21 61:3
  64:6,23
wanted 25:5 45:24
  52:16 61:4,16
  73:11
warrant 22:4
Washer's 10:15
Washers 10:15
wasn't 25:25 28:3
  29:12 33:15 40:2
  50:21 55:4 70:9
watch 43:20
watched 19:21
way 23:2 29:4 33:3
  33:4 37:21 39:25
  40:1 42:9 47:12
  48:9 69:13
ways 21:23 24:5
we'll 8:10,22
we're 19:14 24:8
  25:9 48:20 57:14
  76:23
we've 58:1 64:16
wearing 32:17,18
weeks 7:15 52:15
went 10:4 12:11
  14:6,10 18:24
  20:10,12,14 26:4
  37:21 39:10 40:2
  45:5,6,7,16 48:6
  48:14 51:4 58:10
  70:3 71:9
weren't 39:8
West 3:8 11:20
western 1:1 11:18
whatsoever 54:23
when's 52:12

wide 35:23 36:7,8
wife 11:22 57:15,25
Wiggins 26:20
window 39:15
witness 7:19 10:12
  10:14 20:3 36:8
  56:20 73:9 77:2
  78:7,17
witnessed 38:22
  58:12
won 12:25
word 17:13 42:9
work 10:4,18,25
  21:5 30:4,22 33:16
  51:4 56:7 59:15
worked 23:15 24:10
  25:21
Workers' 63:9
working 10:5,21
  14:14 23:7,19,24
  24:9
worried 39:9
worst 15:10
wouldn't 40:23
  73:23
Wright 3:6 4:11
  36:2,5 39:2 40:22
  44:19 55:20 56:2
  61:12 64:15,18
  73:7,13 75:14 76:2
  76:22
wrong 45:25

**X**

**Y**

yeah 13:11 15:22
  16:19 17:3,5 28:14
  41:11 48:19 49:25
  55:10 58:14 62:12
  65:6 67:15,22 75:4
year 13:21,23 14:9
  14:20 50:5,16
  53:15,17 60:15
yearly 21:9
years 10:1,19,24
  22:18,19 67:13,24
younger 24:7

**Z**

**0**

07 13:2

**1**

10:29 6:6
100 2:18
1015 26:4
11 31:17
11:36 63:21
11:45 63:22
11th 27:2 58:13
12 1:16
12th 6:5
14 78:19
1500 3:9
18 11:14

**2**

2 4:6
20 22:18
2007 11:2 12:8 14:4
  14:8,10 19:15
  22:16 23:8,16
2022 27:1 31:17
  58:13 67:12
2024 1:16 6:6
2025 78:18
2027 78:19
24/7 21:7
255-8581 3:11
256 2:8
265 6:7
270 2:10,21
2901 1:24

**3**

333 3:8
344 11:5

**4**

4 4:7
40 13:22 14:19,23
400 2:19
40220 1:25
40507 3:10
42001 2:20
42038 2:9

488-8888 2:21

**5**

5 4:8
5:00 34:6
5:22-cv-00174-BJB
  1:3

**6**

6 4:9
601-5020 2:10
64 4:11
68 40:12
6th 78:17

**7**

7 4:10
70 11:1 13:23
75 4:12
77 4:14

**8**

859 3:11