4923-0264-6148

*Electronically Filed*
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:22-cv-174-BJB

CRYSTAL DAWN SMITH                                                                              PLAINTIFF

v.    **DEFENDANTS, JAMES HUGHES AND TRIGG COUNTY FISCAL COURT'S SUPPLEMENT TO THEIR REPLY TO PLAINTIFF'S RESPONSE TO COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

AARON ACREE, SHERIFF OF TRIGG COUNTY
JAMES HUGHES, TRIGG COUNTY JAILER
TRIGG COUNTY FISCAL COURT                                                          DEFENDANTS

Come Defendants, James Hughes, in his individual capacity, and Trigg County Fiscal Court, (hereinafter collectively referred to as the "County Defendants"), by and through the undersigned counsel, and hereby supplement their Reply to Response to Motion for Summary Judgment as follows:

1. In her Response to Motion for Summary Judgment, Plaintiff alleged that on September 20, 2020, Sheriff Acree participated in the "forcible removal and beating of Jared Kennedy". (See DN 58, p. 12).

2. She further alleged that Acree's conduct in relation to Kennedy was "violent misconduct". (Id. at p. 19).

3. She then goes on to argue that the incident involving Kennedy was evidence of a "history of using excessive force". (Id. at p. 39).

4. In their Reply, filed on September 5, 2025, Defendants responded that the incident was not one of excessive force and that Sheriff Acree had not been adjudicated as committing excessive force on Mr. Kennedy. (See DN 62, p. 13).

5. On December 9, 2025, three months after Defendants filed their Reply, Federal District Judge Greg N. Stivers, issued a Memorandum Opinion and Order finding that Sheriff Acree

1

had not in fact engaged in excessive force as it relates to Mr. Kennedy. (See Memorandum Opinion and Order, attached hereto as Exhibit A, p. 18).

    WHEREFORE, Defendants hereby respectfully supplement their Reply to Response to Motion for Summary Judgment with a Memorandum Opinion and Order that was issued after Defendants filed their Reply.

    Respectfully submitted,

KEULER, KELLY, HUTCHINS,
BLANKENSHIP & SIGLER, LLP
100 South Fourth Street, Suite 400
Paducah KY 42001
Phone: (270) 448-8888
Fax: (270) 448-0998
sblankenship@kkhblaw.com
jlandry@kkhblaw.com

By: /s/ Stacey A. Blankenship
    Stacey A. Blankenship
    James P. Landry

*Attorneys for Defendants James Hughes and Trigg County Fiscal Court*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of December 2025, I electronically filed the foregoing using the CM/ECF system, sending notice to the following:

    MARILYN "LINSEY" SHREWSBURY
    MARILYN SHREWSBURY, ESQ.
    P O BOX 1226
    EDDYVILLE, KENTUCKY 42038
    linsey@mlslawgroup.net
    *Counsel for Plaintiff*

    ANNIE L. MALKA
    MALKA LAW GROUP
    1387 S. FOURTH STREET
    LOUISVILLE, KENTUCKY 40208
    annie@malkalawgroup.com
    *Additional Counsel for Plaintiff*

    DERRICK T. WRIGHT
    MAUREEN C. MALLES
    JONATHAN M. GIFFORD
    STURGILL, TURNER, BARKER & MOLONEY, PLLC
    333 WEST VINE STREET, SUITE 1500
    LEXINGTON, KY 40507
    dwright@sturgillturner.com
    mmalles@sturgillturner.com
    jgifford@sturgillturner.com
    *Counsel for Defendant Sheriff Aaron Acree*

By:  /s/ Stacey A. Blankenship
      Stacey A. Blankenship